IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHELSEA L. DAVIS

v.

LESLIE D. WARE, MCKOOL SMITH P.C.,
MCKOOL SMITH HENNIGAN P.C., THE
WARE FIRM LLC, PANOPTIS IP LLC,
WILLIAM A. ACKMAN, J. KYLE BASS,
CHAD BUSHAW, CLINT D. CARLSON,
WILLIAM C. CARMODY, JAMES S. CHANOS,
LEON G. COOPERMAN, CARLOS R.
CORTEZ, HARLAN R. CROW, STEPHEN
JONES, JON STEVENS, and R. BRIAN TEAL

CASE NO. 3:13-CV-4926
CONSOLIDATED WITH CASE NOS.
3:13-CV-4973, 3:14-CV-0056,
3:14-CV-3962, 3:14-CV-3963
(for making Original Proceedings,
Federal Question)

## PUBLIC NOTICE OF PRELIMINARY INJUNCTION

This Notice of Preliminary Injunction provides notice that it appears no proceeding has

yet been instituted under this Case Number, but Chelsea Davis intends to proceed on all claims

stated in her Original Complaint.

Chelsea L. Davis, who is to become Plaintiff in *Chelsea L. Davis v. Leslie D. Ware et al,*

has not yet been able to proceed in any lawsuit because of what appears to be a sealed motion for

anti-suit injunction against Chelsea L. Davis, the Attorney Issued TX Bar No. 24059652,

obtained by Samuel F. Baxter, the attorney issued TX Bar No. 01938000, prohibiting Chelsea

Davis from instituting any proceedings in any court.  *See* unrelated motion in sealed Case No.

1

14-7088 in the United States District Court for the Eastern District of Texas, which may be accessed only by that court through *Chelsea L. Davis v. Samuel F. Baxter,* 4:13-cv-514-RC, which appears to be an original proceeding or placeholder for an original proceeding in the United States District Court for the Eastern District of Texas. If the injunction was effective previously, then Chelsea Davis has not yet and could not have instituted any civil lawsuit or administrative proceeding regarding facts since 2010.  The United States Supreme Court may be the only Court that can help.

Leslie Ware appears to have obtained an injunction against Chelsea Davis under the corollary to the prohibition of predecessor to 28 USCS § 2283 (i.e. the anti- anti-suit injunction rule allowing for anti-suit injunctions) against injunction to stay state court "proceedings," which includes all steps taken or which may be taken in state court or by its officers from institution of suit to close of final process.  The date on which injunctive relief is sought in federal court, rather than the date on which injunctive relief is granted, determines whether state actions are "pending" within the meaning of the Anti-Injunction Act.  *National City Lines, Inc. v LLC Corp* 687 F2d 1122 (1982, CA8 Mo).

The injunction applies to appellate as well as to original proceedings, applies to action by court and by its ministerial officers, applies not only to execution issued on judgment but to any proceeding supplemental or ancillary taken with view to making suit or judgment effective and whether such supplemental or ancillary proceeding is taken in court which rendered judgment or in some other forum, and governs privy to state court proceeding as well as parties of record. *Hill v Martin* (1935) 296 US 393; *Resolute Ins. Co. v North Carolina* (1967, ED NC) 276 F.

Supp. 660, aff'd. (1968, CA4 NC) 397 F2d 586, cert den (1968) 393 US 978, 21 L Ed 2d 439, 89 S Ct 446; *Drexler v Walters* 290 F. Supp. 150 (1968, DC Minn).

The date on which injunctive relief is sought in federal court rather than the date on which injunctive relief is granted determines whether state actions are "pending" within meaning of Anti-Injunction Act. *National City Lines, Inc. v LLC Corp.* (1982, CA8 Mo) 687 F2d 1122, CCH Fed Secur L Rep P 98778.

Accordingly, all statutes of limitations are being tolled on all claims by Chelsea Davis since the first filing, likely on Sept. 8, 2010, perhaps on Aug. 30, 2011 and/or perhaps on Dec. 15, 2011, and no proceeding since then has instituted.   BECAUSE THIS INJUNCTION APPLIES TO ALL COURT OFFICERS, THIS CASE NUMBER OPENED BY CHELSEA L. DAVIS PRO-SE MUST REMAIN OPEN.  Also, it appears that public notice may be posted and likely must be posted.

Chelsea Davis will seek relief from preliminary injunction however she can. At this time, she may provide notice of her intent to apply for a writ or other relief from appellate courts, and such notices are not part of this proceeding because it appears there has not been any proceeding. There may not be any order or judgment from which to appeal at this time. Since there is no record, there is no need to provide a Federal Express courier account number.

Finally, I hereby certify under my Certificate of Attorney and verify under oath subject to penalty of perjury that I am of sound mind, over 18 years of age, and capable of making this affidavit:  "Given my current financial circumstances, I cannot afford to arbitrate my claims because I could not afford to undertake this litigation and pursue my rights if I had the risk of paying McKool Smith P.C.'s costs which may be in excess of $75,000 if I lost at arbitration."

3

Accordingly, I may consent to becoming a party plaintiff in a suit under the Fair Labor Standards Act against McKool Smith P.C. if and only if I may institute suit pro-se and the suit is not part of or related to Case No. 3:06-cv-01440-B or some other case number, sealed or not, opened in the United States District Court for the Northern District of Texas, which looks to me like fraud, either on the court or on prospective "Associates" whom lawyers and/or judges intend to abuse.

Dated:  Nov. 11, 2014                                    Respectfully submitted,


/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX BAR NO. 24059652
MAILING ADDRESS:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Texas Bar No. 24059652
HOME ADDRESS:
2068 Meadow View Dr.
Princeton, TX 75407
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com
ATTORNEYS FOR GECESC ASSOCIATES LLC

## CERTIFICATE OF SERVICE

On Nov. 11, 2014, I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically

docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court, or otherwise, to the extent possible.

Dated:  Nov. 11, 2014                    /s/Chelsea L. Davis
                                         Chelsea L. Davis, *pro-se*
                                         TX Bar No. 24059652
                                         2068 Meadow View Dr.
                                         Princeton, TX 75407
                                         Telephone: (469) 426-5850
                                         Facsimile: (469) 533-0466
                                         cdavis@chelseadavispc.com


          **ADDITIONAL COUNSEL 1.**     Lidji Dorey & Hooper
Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com


          **ADDITIONAL COUNSEL 2.**     Goranson Bain PLLC
ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

          **ADDITIONAL COUNSEL 3.**     Gray Reed & McGraw P.C. (*and* Looper Reed
               & McGraw)
KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com
          **ADDITIONAL COUNSEL 4.**     Jeff Hall
Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201

214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

**ADDITIONAL COUNSEL 5.**     FOX ROTHSCHILD LLP
DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

**ADDITIONAL COUNSEL 6.**     MILLER BROWN LLP
J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

**ADDITIONAL COUNSEL 7.**     Friedman & Feiger LLP
Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

**ADDITIONAL COUNSEL 8.**     Gibson Dunn LLP
Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900

**ADDITIONAL COUNSEL 9.**     Abernathy, Roeder, Boyd & Joplin, P.C.

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

        **ADDITIONAL COUNSEL 10.**    Figari & Davenport LLC
Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com
        **ADDITIONAL COUNSEL 11.**    Herring & Irwin
CHARLES HERRING
cherring@herring-irwin.com
        **ADDITIONAL COUNSEL 12.**    Baker Botts LLP
George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com
        **ADDITIONAL COUNSEL 13.**    Trevor R. Jefferies
Arnold & Porter LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS
        **ADDITIONAL COUNSEL 14.**    Vanessa Griffith
Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
E-mail vgriffith@velaw.com

ATTORNEY FOR CLINT CARLSON
      **ADDITIONAL COUNSEL 15.**    Jamie McKey
Kendall Law Group
jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN
      **ADDITIONAL COUNSEL 16.**    Levi G. McCathern, II
McCathern, PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214.741.2662 Office
214.741.4717 Fax
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES
      **ADDITIONAL COUNSEL 17.**    Lewis T. Stevens
TX24031366
131 East Exchange Ave., No. 204
Fort Worth, TX 76164
T-817-332-4466
F-817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW