# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Samuel F. Baxter

## DEFENDANTS

Chelsea L. Davis

**(b)** County of Residence of First Listed Plaintiff Harrison
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant Collin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Ross Wells
[see attachment]

Attorneys *(If Known)*
Pro-se: Chelsea L. Davis, 2068 Meadow View Dr., Princeton, TX 75407.
[see attachment]

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question *(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 690 Other | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 830 Patent | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | **LABOR** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☒ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 893 Environmental Matters |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | **IMMIGRATION** | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | |

**SOCIAL SECURITY**
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☒ 5 Transferred from Another District *(specify)*

☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

28 USCS 2283, REMOVAL STATUTES, 28 USC 1367
*Brief description of cause:*
UNLAWFUL AntiSuit Injunction, Declaratory Judgment/Injunctive Relief
*(Do not cite jurisdictional statutes unless diversity)*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE [See Notice]

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD
/s/Chelsea L. Davis

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **CHELSEA L. DAVIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. _____** |
| | § | |
| **SAMUEL F. BAXTER,** | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Pursuant to Fed. R. Civ. P. 81 and Local Rule CV-81, Defendant, Samuel F. Baxter, files this Notice of Removal under 28 U.S.C. §1446(a).

**A.**
## INTRODUCTION - LIST OF PARTIES AND COUNSEL

1.  Plaintiff is Chelsea L. Davis. Defendant is Samuel F. Baxter.

2.  Plaintiff is pro se, State Bar No. 24059652, and her contact information is 25 Highland Park Vlg., Ste. 100-830, Dallas, Texas 75206, Telephone: 469-426-5850. Counsel for Samuel F. Baxter are Richard M. Abernathy, State Bar No. 00809500, and Ross Wells, State Bar No. 24047087, Abernathy, Roeder, Boyd & Joplin, P.C., 1700 Redbud Blvd., Suite 300, McKinney, Texas 75069-1210, Telephone: 214-544-4000.

3.  Plaintiff filed suit against Defendant on August 27, 2013 in Texas State District Court in Collin County, Texas. The state court's address is 2100 Bloomdale Road, Suite 10030, McKinney, Texas 75071.

4.  Defendant was served with the citation and original petition in this matter on August 28, 2013. This Notice of Removal is filed within 30 days of Defendant's receipt of the petition and citation and is timely filed pursuant to 28 U.S.C. §1446(b).

**B.**
**BASIS FOR REMOVAL**

5.      Removal is proper because Plaintiff's suit arises out of federal law.  28 U.S.C. §§1331, 1441(b).  Specifically, Plaintiff asserts a claim under the Trafficking Victims Protection Act, 18 USC § 1595, for Human Trafficking.  Human Trafficking is not a recognized cause of action under Texas state law.  The Trafficking Victims Protection Act, however, provides a civil remedy for the allegations Plaintiff Davis has made in her Human Trafficking claim.  18 USC §§ 1591 and 1595.  The Trafficking Victims Protection Act requires that suit be filed "in an appropriate district court of the United States...."  18 USC § 1595.

6.      Copies of all pleadings, process, orders and other filings in the state court suit are attached to this notice as required by 28 U.S.C. §1446(a).  Plaintiff Davis's claims are subject to a valid, enforceable arbitration agreement and Defendant intends to seek to compel arbitration of this matter.

7.      Venue is proper in this District under 28 U.S.C. §1446(a) because the state court where the suit has been pending is located in this district.

8.      Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

**C.**
**NO JURY DEMAND**

9.      Plaintiff did not demand a jury in the state court case.  Defendant has not demanded a jury trial in the state court case either.

**D.**
**CONCLUSION**

10.     Removal of this case is proper because it arises under federal law.

Respectfully submitted,

ABERNATHY, ROEDER, BOYD & JOPLIN, P.C.


By:  /Ross Wells/
        **Richard M. Abernathy**
        State Bar No. 00809500
        **Ross Wells**
        State Bar No. 24047087
        1700 Redbud Blvd., Ste. 300
        McKinney, Texas 75069
        (214) 544-4000 Telephone
        (214) 544-4040 Facsimile

**ATTORNEYS FOR DEFENDANT**
**SAMUEL F. BAXTER**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was served on the 9th day of September 2013 to the following via certified mail, return receipt requested:

Chelsea L. Davis
25 Highland Park Vlg., Ste. 100-830
Dallas, Texas 75205
Facsimile: (972) 803-3576


/Ross Wells/



CAUSE NO. DC-13-12834-M

| CHELSEA L. DAVIS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 298TH JUDICIAL DISTRICT OF |
| | § | |
| McKOOL SMITH P.C., | § | |
| SAMUEL F. BAXTER, | § | |
| | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## ORDER GRANTING EMERGENCY SUPPLEMENTAL MOTION FOR TEMPORARY SEALING ORDER AND MOTION TO STAY

The Court, having considered Defendants' Emergency Supplemental Motion for Temporary Sealing Order and Motion to Stay, finds that (1) the requirements of TEX. R. CIV. P. 76a(5) have been satisfied and that the temporary sealing order previously entered herein should be amended as follows, and (2) that there is good cause to waive the 3 day notice of hearing requirement of Tex. R. Civ. P. 21. It is therefore

ORDERED that Plaintiff's First Amended Petition ("Petition"), together with (1) any subsequent amendment or supplement to the Petition, and (2) any other filing containing similar allegations to the Petition that Plaintiff attempts to file in the above-captioned action, is hereby placed under seal until such time as the hearing on Defendants' Motion for Permanent Sealing Order shall is held on December 6, 2013 at 4:00 p.m. (the "Sealing Hearing"). It is further

ORDERED that, until the Sealing Hearing and the hearing on Defendants' motion to transfer this action to the 254th Judicial District Court, this action is hereby stayed for all purposes other than matters relating to the motion to seal.

SO ORDERED this _6_ day of November, 2013.

_____
JUDGE PRESIDING

13 October 29 P5:28
Gary Fitzsimmons
District Clerk
Dallas District

CAUSE NO. DC-13-12834-M

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 298TH JUDICIAL DISTRICT OF |
| | § | |
| McKOOL SMITH P.C., | § | |
| SAMUEL F. BAXTER, | § | |
| | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

## MOTION FOR TEMPORARY AND
## PERMANENT SEALING ORDER

Defendants McKool Smith P.C. ("McKool Smith") and Samuel F. Baxter ("Baxter") file this Motion for Temporary and Permanent Sealing Order, requesting that this Court enter an order sealing court records under TEX. R. CIV. P. 76a and based on a prior sealing order in the 254th District Court.

## I. INTRODUCTION

This action is the latest in a series of increasingly outlandish allegations made by Plaintiff Chelsea L. Davis as part of an effort to blackmail McKool Smith and Baxter, who is a McKool Smith shareholder. Plaintiff was previously employed at McKool Smith and was terminated for cause. She claims at some point that she began a relationship with Les Ware ("Ware"), a Dallas lawyer, which later terminated. As Davis alleges in her petition, Ware previously filed an action to prevent ongoing harassment from Davis and she filed counterclaims similar to the present matter, and such action was eventually nonsuited. Thereafter Plaintiff embarked on a campaign to increasingly harass

Ware, Baxter, and McKool Smith. Plaintiff's conduct has grown increasingly erratic and dangerous as time goes by. Indeed, based on a complaint by Ware and his wife, Plaintiff was arrested last week for felony stalking.

Undeterred, Plaintiff has now filed this action in the apparent hope that by making her false and scandalous allegations public she will force McKool Smith and Baxter to pay her money as she has repeatedly demanded. The Court should not assist this effort, but should seal the Original Petition ("Petition") in this action to prevent unjustified and irreparable harm to McKool Smith and Baxter.

## II. <u>ARGUMENT</u>

Defendants have not yet been served in this action, and only learned the contents of the Petition several hours ago. Time constraints prevent, therefore, a detailed history of Plaintiff's harassment and attempted extortion of McKool Smith and Baxter over the last ten months. As the Petition itself reflects, however, Plaintiff has previously filed claims similar to those asserted in the Petition against Baxter, which she then voluntarily dismissed. As Ms. Davis notes in the petition, there is presently a pending grievance against her before the State Bar. In addition, Plaintiff recently filed an application for an ex parte protective order in the 254th Judicial District Court of Dallas County (the "Prior Court") based on similar allegations to those in the Petition. The Prior Court, on motion by Ware and Baxter and supported by Affidavit of Brian Lidji, entered an order sealing all documents in that action.[1] True and correct copies of the motion to seal, the Affidavit

---

[1] Pursuant to Local Rule 1.08, Defendants are advising the Court of the pendency of the proceeding in the Prior Court.

of Brian Lidji, and the sealing order entered by the Prior Court are attached hereto as Exhibits A, B, and C, respectively.

Similarly, the Petition in this case should be sealed under Rule 76a. McKool Smith and Baxter have a compelling interest in their privacy and professional reputation, which clearly outweighs the presumption that court records should be open, and there is no potential adverse effect that sealing would have on general public health or safety. Moreover, given that the Petition consists almost entirely of Plaintiff's salacious allegations, there is no less restrictive means than sealing the entire document that would adequately and effectively protect Defendants' interests. If the false allegations that are contained in the Petition are disclosed before the Court has an opportunity to conduct a full hearing on the Motion for Permanent Sealing Order, McKool Smith, Baxter, and numerous third parties that Plaintiff gratuitously identifies in the Petition will suffer immediate and irreparable harm.

Moreover, by filing this action in a separate court, Plaintiff obviously seeks to subvert the sealing order that was entered by the Prior Court. The Prior Court had already determined that pleadings such as the Petition should be filed under seal. Plaintiff should not be allowed to avoid the effect of this prior sealing order.

### III.  RELIEF REQUESTED

Accordingly, Defendants respectfully requests that the Court enter (1) a temporary order sealing the Petition until such time as Defendants' request for permanent sealing order is decided; and (2) upon proper notice and hearing, a permanent sealing order.

Respectfully submitted,

By: _____
    A. Erin Dwyer
    State Bar No. 06302700
    Don Colleluori
    State Bar No. 04581950

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
Tel: 214/ 939-2000
Fax: 214/ 939-2090

ATTORNEYS FOR DEFENDANT
McKOOL SMITH, P.C. and
SAMUEL F. BAXTER

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that he conferred with Plaintiff, who advised that she was opposed to the relief sought in this Motion.

_____
Don Colleluori

## CERTIFICATE OF SERVICE

I hereby certify that on October 29th, 2013, a true and correct copy of the foregoing document was served via email and Certified Mail, Return Receipt Requested on Plaintiff Chelsea L. Davis, 25 Highland Park Vlg., Ste. 100-830, Dallas, Texas 75205.

_____
Don Colleluori

<u>**VERIFICATION**</u>

STATE OF TEXAS                          §
                                        §
COUNTY OF HARRISON                      §

BEFORE ME, the undersigned authority, on this day personally appeared Samuel Baxter, Shareholder of McKool Smith, P.C., who being by me duly sworn on oath, states that he has read the foregoing motion, and that such facts are true and correct.


_____
Samuel Baxter


SUBSCRIBED AND SWORN TO BEFORE ME on this 29th day of October, 2013.


JO ANNE GARRETT
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug 7, 2015

_____
Notary Public in and for the State of Texas

Commission Expires: _8/7/2015_

CAUSE NO. DF-13-19281

FILED

2013 OCT 18 PM 2:06

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | IN THE DISTRICT COURT |
| Applicant | § | |
| | § | |
| | § | DEPUTY |
| v. | § | |
| | § | 254TH JUDICIAL DISTRICT |
| | § | |
| LESLIE D. WARE AND | § | |
| SAMUEL F. BAXTER | § | |
| Respondents | § | DALLAS COUNTY, TEXAS |

## MOTION TO SEAL COURT RECORDS

This Motion to Seal Court Records is brought by Respondents, Leslie D. Ware and Samuel F. Baxter. In support they would show:

1.  This is an action allegedly arising out of the Texas Family Code by virtue of having been filed in this Court; therefore, the documents filed in this case are not subject to the standards for sealing court records set forth in Rule 76(a)2(3) of the Texas Rules of Civil Procedure.

2.  Applicant has made a variety of allegations against Respondents in a number of different lawsuits; in this proceeding, Applicant has made new and revised allegations. Each of those suits filed by Applicant were voluntarily dismissed by Applicant, in each case before any discovery was conducted. *See the affidavit of Brian M. Lidji attorney for the Respondents attached as Exhibit A and incorporated herein for all purposes.*

3.  Applicant, a lawyer herself, sought a Criminal Protective Order in a civil court. Though she knew this Court was not the proper forum for her allegations, she sought a Protective Order to harass and publicly humiliate Respondents. The Court should therefore dismiss Applicant's Petition.

4.  Applicant's Petition is groundless and brought for the purpose of harassing and attempting to create publicity about Respondents concerning Applicants ever changing allegations. Applicant allegations are libelous in nature; they have the potential of causing immediate and irreparable injury to Respondents, who are also attorneys.

---

Motion to Seal                                                                 Page 1



5. Until this Court can determine if it has jurisdiction to hear Applicant's Petition, this court should grant this Motion to Seal Records to prevent any possible harm to Respondents' reputation, their businesses and their profession.

6. The sealing of the records in this action will not have an adverse effect on the public health or safety and do not involve matters that should be available to the general public.

WHEREFORE, Respondents requests that the Court seal the records of this cause and order that they shall be open only to the parties to this suit and any attorney of record for each party.

Respondents pray that the Court grant them Motion to Seal Court Records.

Respectfully submitted,

*Angeline L. Bain*
of **Goranson Bain, PLLC**
State Bar No. 11956100
8350 N. Central Expressway, Suite 1700
Dallas, Texas 75206
Attorney for Respondents

### Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on _Oct. 18_____, 2013.

Angeline L. Bain
Attorney for Respondents

*Certificate of Conference*

*I certify that my co-counsel, Brian Lidji, conferred with Petitioner and she did not agree. She was told of the time we would present the Motion.*

*Angeline L. Bain*

| Motion to Seal | Page 2 |

# FORM NO. 353-3 - CITATION
# THE STATE OF TEXAS

To:  **SAMUEL F BAXTER**
    **400 CREEKSIDE DR**
    **MARSHALL TX 75670-4144**

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **CHELSEA L DAVIS**

Filed in said Court **28th day of October, 2013** against

**SAMUEL F BAXTER, ET AL**

For Suit, said suit being numbered **DC-13-12834**, the nature of which demand is as follows:
Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 29th day of October, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

        By _____
            CRYSTAL MCDOWELL

                        , Deputy



---

## ATTY

## CITATION

## DC-13-12834

**CHELSEA L DAVIS**
vs.
**MCKOOL SMITH PC, et al**

ISSUED THIS
**29th day of October, 2013**

By: CRYSTAL MCDOWELL, Deputy

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

**Attorney for Plaintiff**
CHELSEA L DAVIS,PRO-SE
25 HIGHLAND PARK VLG.,
STE. 100-830
DALLAS,TX 75205
469 426-5850

---

DALLAS COUNTY CONSTABLE
~~FEES~~ FEES NOT
~~PAID~~ PAID

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To: MCKOOL SMITH PC.
300 CRESCENT COURT STE. 1500
DALLAS,TX 75201

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **CHELSEA L DAVIS**

Filed in said Court **28th day of October, 2013** against

**SAMUEL F BAXTER, ET AL**

For Suit, said suit being numbered **DC-13-12834**, the nature of which demand is as follows: Suit on **OTHER PERSONAL INJURY** etc. as shown on said petition ,a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas. Given under my hand and the Seal of said Court at office this 29th day of October, 2013.

ATTEST: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County, Texas

By _____
CRYSTAL MCDOWELL

_____, Deputy



---

# CITATION

## DC-13-12834

**CHELSEA L DAVIS**
vs.
**MCKOOL SMITH PC., et al**

ISSUED THIS
**29th day of October, 2013**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By: CRYSTAL MCDOWELL, Deputy

**Attorney for Plaintiff**
CHELSEA L DAVIS,PRO-SE
25 HIGHLAND PARK VLG.,
STE. 100-830
DALLAS,TX 75205
469 426-5850

DALLAS COUNTY CONSTABLE
FEES FEES NOT
PAID PAID

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CASE NO. 4:13-cv-00514 |
| | § | |
| SAMUEL F. BAXTER, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Federal Rule of Civil Procedure 12 Samuel F. Baxter ("Defendant") files this his Original Answer to Plaintiff's Complaint (the "Complaint") as follows:

## I.
## INTRODUCTORY STATEMENT

1.1     Defendant is a shareholder with the law firm of McKool Smith PC ("MS"). Defendant has been an attorney for more than forty years and has an impeccable reputation. Plaintiff Davis is a former and disgruntled employee of MS who was hired in April 2010 and whose employment was terminated for cause, approximately 10 months later, in January 2011.

1.2     Since early 2013, over two years after her departure from MS, Plaintiff Davis has harassed and threatened Defendant and Defendant's family, including making death threats to his family and children. Plaintiff Davis has similarly harassed and threatened others, including making death threats against another attorney's family. Plaintiff Davis's demands change regularly, and range from demanding Dallas Cowboy tickets to being paid tens of millions of dollars.

1.3     The public record contains other instances of Plaintiff Davis's unsettling behavior.  In 2011, her natural father sued Plaintiff Davis seeking injunctive relief against her because of threats against him, including making death threats.  The court granted a Temporary Restraining Order and then a Temporary Injunction against Plaintiff Davis. (See Paul Edward Davis and Laramar McAlister Davis v. Chelsea Lynn Davis and Terri Roberts, Cause No. DC-11-10996, in the 191st Judicial District Court of Dallas County, Texas.)

1.4     Dallas Police Reports reflect similarly unsettling behavior.  For example, on February 5, 2013, Plaintiff Davis told the Dallas Police that she was being watched by Navy Seals and her phone and computer had been tapped.  She told the police that she was involved in a sex ring with approximately twenty males and females giving HIV to the individuals with whom they have sex.  She told the police she feels unsafe and afraid that the snipers are going to kill her.  The police also reported that she made multiple calls to 911 on that date and had "multiple episodes in previous days."

1.5     The Court should view Plaintiff Davis's allegations and claims with extreme skepticism.

1.6     Plaintiff Davis's claims are subject to a valid, enforceable arbitration agreement and Defendant intends to seek to compel arbitration of this matter.

## II.
## ADMISSIONS AND DENIALS

2.1     Defendant denies the allegations in paragraph I.1 since this case has been removed to this Court.

2.2     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations in paragraph II.1.

2.3     Defendant admits the allegations in paragraph II.2.

2.4     Defendant denies the allegations in paragraph III.1 as stated but admits that this Court has jurisdiction.

2.5     Defendant denies the allegations in paragraph III.2 as stated but admits that venue is proper in this Court.

2.6     As to Plaintiff Davis's allegations in paragraph IV.1, Defendant admits that Plaintiff Davis earned an engineering degree from Duke University in 2004, Plaintiff Davis applied for a job at MS, Defendant interviewed Plaintiff Davis, and Plaintiff Davis accepted an offer from MS.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in paragraph IV.1.

2.7     As to Plaintiff Davis's allegations in paragraph IV.2, Defendant admits that Defendant is a former Texas State District Judge and District Attorney for Harrison County, Texas, which is located in the Eastern District of Texas, and Defendant was inducted into the American College of Trial Lawyers.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations as phrased in paragraph IV.2.

2.8     Defendant denies the allegations in paragraph IV.3.

2.9     Defendant denies the allegations in paragraph IV.4.

2.10    Defendant denies the allegations in paragraph IV.5.

2.11    Defendant denies the allegations in paragraph IV.6.

2.12    Defendant denies the allegations in paragraph IV.7.

2.13    Defendant denies the allegations in paragraph IV.8.

2.14    Defendant denies the allegations in paragraph IV.9.

2.15    Defendant denies the allegations in paragraph IV.10.

2.16    Defendant denies the allegations in paragraph IV.11.

2.17    Defendant denies the allegations in paragraph IV.12.

2.18    Defendant denies the allegations in paragraph IV.13.

2.19    Defendant denies the allegations in paragraph IV.14.

2.20    Defendant denies the allegations in paragraph IV.15.

### III.
### OTHER MATTERS

Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations.

### IV.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, and subject to any request for arbitration that may be made Defendant prays that the Court deny Plaintiff Davis all relief sought, award Defendant his costs and fees associated with defending this suit, and all other relief to which he may show himself justly entitled.

Respectfully submitted,

ABERNATHY, ROEDER, BOYD & JOPLIN, P.C.

By:＿＿＿/Ross Wells/＿＿＿＿＿＿＿＿＿＿＿＿＿
        **Richard M. Abernathy**
        State Bar No. 00809500
        **Ross Wells**
        State Bar No. 24047087
        1700 Redbud Blvd., Ste. 300
        McKinney, Texas 75069
        (214) 544-4000 Telephone
        (214) 544-4040 Facsimile

**ATTORNEYS FOR DEFENDANT**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing was served on the 10th day of September 2013 to the following via certified mail, return receipt requested:

Chelsea L. Davis
25 Highland Park Vlg., Ste. 100-830
Dallas, Texas  75205
Facsimile:  (972) 803-3576


<u>/Ross Wells/</u>

 TANGERINE™

**Chelsea Davis <cdavis@chelseadavispc.com>**

## Activity in Case 4:13-cv-00514-RC-ALM Davis v. Baxter Complaint
1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov>          Tue, Sep 10, 2013 at 8:23 AM
To: txedcmcc@txed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court [LIVE]

### Eastern District of TEXAS

## Notice of Electronic Filing

The following transaction was entered on 9/10/2013 at 8:22 AM CDT and filed on 9/10/2013
**Case Name:**          Davis v. Baxter
**Case Number:**        4:13-cv-00514-RC-ALM
**Filer:**              Chelsea L Davis
**Document Number:** 3

**Docket Text:**
**\*\*\*PREVIOUSLY FILED IN STATE COURT\*\*\*COMPLAINT against Samuel F. Baxter, filed by Chelsea L Davis.(cm, )**

**4:13-cv-00514-RC-ALM Notice has been electronically mailed to:**

Ross Wells  rwells@abernathy-law.com,  bcravens@abernathy-law.com,  panthony@abernathy-law.com

Chelsea Lynn Davis  chelsea.davis@bakerbotts.com

**4:13-cv-00514-RC-ALM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1041545818 [Date=9/10/2013] [FileNumber=8544266-0
] [2bd22206860e5f13317cce3af6a2ebd11c8a861dc964a72fc8d4a950e8d51763646
2a846b58c69442fc4d780ec9bc044f096e921ce7dc9f3a36af432aaf8e157]]

 **TANGERINE™**

Chelsea Davis <cdavis@chelseadavispc.com>

## Activity in Case 4:13-cv-00514-RC-ALM Davis v. Baxter Answer to Complaint

1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov>          Tue, Sep 10, 2013 at 11:28 AM
To: txedcmcc@txed.uscourts.gov

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court [LIVE]

### Eastern District of TEXAS

### Notice of Electronic Filing

The following transaction was entered by Wells, Ross on 9/10/2013 at 11:28 AM CDT and filed on 9/10/2013

**Case Name:**          Davis v. Baxter
**Case Number:**        4:13-cv-00514-RC-ALM
**Filer:**              Samuel F. Baxter
**Document Number:** 4

**Docket Text:**
**ANSWER to [3] Complaint by Samuel F. Baxter.(Wells, Ross)**


**4:13-cv-00514-RC-ALM Notice has been electronically mailed to:**

Chelsea Lynn Davis &nbsp &nbsp cdavis@chelseadavispc.com

Ross Wells &nbsp &nbsp rwells@abernathy-law.com, bcravens@abernathy-law.com, panthony@abernathy-law.com

**4:13-cv-00514-RC-ALM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/10/2013] [FileNumber=8544891-0
] [805c425fcc23f927d7c8a386fe313f8df373f8e0d637e517cafe9bc54b3ceb46790
550760208ac664756e36e85f81044ab27a2db567b00938d3f503af408f594]]



**Chelsea Davis <cdavis@chelseadavispc.com>**

## Activity in Case 4:13-cv-00514-RC-ALM Davis v. Baxter Notice of Magistrate Availability

1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov>      Tue, Sep 10, 2013 at 8:22 AM
To: txedcmcc@txed.uscourts.gov

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court [LIVE]

### Eastern District of TEXAS

### Notice of Electronic Filing

The following transaction was entered on 9/10/2013 at 8:22 AM CDT and filed on 9/9/2013
**Case Name:**          Davis v. Baxter
**Case Number:**        4:13-cv-00514-RC-ALM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
<span style="color:blue">**In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice of Consent to Proceed Before Magistrate Judge*. (cm, )**</span>

**4:13-cv-00514-RC-ALM Notice has been electronically mailed to:**

Ross Wells  rwells@abernathy-law.com,  bcravens@abernathy-law.com,  panthony@abernathy-law.com

Chelsea Lynn Davis  chelsea.davis@bakerbotts.com

**4:13-cv-00514-RC-ALM Notice will not be electronically mailed to:**

 **TANGERINE™**

**Chelsea Davis <cdavis@chelseadavispc.com>**

## Activity in Case 4:13-cv-00514-RC-ALM Davis v. Baxter Case Assigned/Reassigned

1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov>        Tue, Sep 10, 2013 at 8:21 AM
To: txedcmcc@txed.uscourts.gov

<span style="color:red">**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**</span>
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court [LIVE]

### Eastern District of TEXAS

### Notice of Electronic Filing

The following transaction was entered on 9/10/2013 at 8:21 AM CDT and filed on 9/9/2013
**Case Name:**        Davis v. Baxter
**Case Number:**      4:13-cv-00514-RC-ALM
**Filer:**
**Document Number:** 2

**Docket Text:**
**Case Assigned to Judge Ron Clark and Magistrate Judge Amos L. Mazzant Pursuant to a Standing Order. (cm, )**

**4:13-cv-00514-RC-ALM Notice has been electronically mailed to:**

Chelsea Lynn Davis &nbsp &nbsp chelsea.davis@bakerbotts.com

Ross Wells &nbsp &nbsp rwells@abernathy-law.com, bcravens@abernathy-law.com, panthony@abernathy-law.com

**4:13-cv-00514-RC-ALM Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/10/2013] [FileNumber=8544261-0
] [5f2c9c975dc62ef680393c589f7636f1de6177f19ee5e09581f9e2ae6bcad51afdb
c4b4d966878007670961b6cb7d72b06f35b0686ce2c8cbd07fe7a3e9a9203]]



Chelsea Davis <cdavis@chelseadavispc.com>

## Activity in Case 4:13-cv-00514 Davis v. Baxter Notice of Removal
1 message

**txedCM@txed.uscourts.gov** <txedCM@txed.uscourts.gov>       Mon, Sep 9, 2013 at 2:25 PM
To: txedcmcc@txed.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive
one free electronic copy of all documents filed electronically, if receipt is required by
law or directed by the filer. PACER access fees apply to all other users. To avoid later
charges, download a copy of each document during this first viewing. However, if the
referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court [LIVE]

### Eastern District of TEXAS

## Notice of Electronic Filing

The following transaction was entered by Wells, Ross on 9/9/2013 at 2:25 PM CDT and filed
on 9/9/2013
**Case Name:**          Davis v. Baxter
**Case Number:**        4:13-cv-00514
**Filer:**              Samuel F. Baxter
**Document Number:** 1

**Docket Text:**
**NOTICE OF REMOVAL by Samuel F. Baxter (Filing fee $ 400 receipt
number 0540-4304625), filed by Samuel F. Baxter.(Wells, Ross)**

**4:13-cv-00514 Notice has been electronically mailed to:**

Chelsea L Davis &nbsp &nbsp cdavis@chelseadavispc.com

Ross Wells &nbsp &nbsp rwells@abernathy-law.com, bcravens@abernathy-law.com,
panthony@abernathy-law.com

**4:13-cv-00514 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1041545818 [Date=9/9/2013] [FileNumber=8542681-0]
[432238fe2a38c3bb62680841b3a480618a9feb2bd740ace5221c4b7caa5e939312d6
943213d928ad2e2059f3aa752a48be6466d242d5593f39314ca8fa3e1e3a]]

Form #329 – NOTICE OF HEARING ON FIRST AMENDED APPLICATION FOR A PROTECTIVE ORDER

| | |
|---|---|
| CAUSE NO. DF-13-19281 | SERVICE OFFICER: **ATTY** |
| | Clerk's fees $8.00 |
| STYLE | Officer's fees collected $ |
| CHELSEA L DAVIS vs. LESLIE WARE AND | Officer's fees not collected $XXX |
| SAMUEL F BAXTER | Costs not complied with $ |
| | Affidavit Inability to Pay $ |

## THE STATE OF TEXAS

### TO: CHELSEA L DAVIS, 2068 MEADOW VIEW ROAD, PRINCETON, TEXAS 75407

GREETINGS:

### YOU ARE HEREBY NOTIFIED THAT A HEARING IS SET FOR 9:00 AM, 17 FEBUARY 2015, 254TH JUDICIAL DISTRICT, 600 COMMERCE STREET, DALLAS, TEXAS 75202

HEREIN FAIL NOT, but of this writ make due return showing how you have executed the same.
WITNESS: GARY FITZSIMMONS, Clerk of the District Courts, Dallas County, Texas.
GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at office in the City of Dallas, **ON THIS THE 22ND DAY OF AUGUST, 2014.**

Issued at request of:
ANGELINE L BAIN
8350 N CENTRAL EXPRESSWAY SUITE 1700
DALLAS, TEXAS 75206
214-373-7676
ABAIN@GBFAMILYLAW.COM

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts
Dallas County, Texas

By _____, Deputy
ARMANDO MENDOZA

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock____ .M.,
and executed on the _____ day of _____, 20____, at _____ o'clock____ .M.,
delivering to _____ the within named _____
_____, in person, a true copy of this Notice.

FEES:

| | | | |
|---|---|---|---|
| Serving Notice: | $_____ | Officer_____ | County_____ |
| Mileage: | $_____ | | |
| TOTAL: | $_____ | By:_____ | |
| | | | Deputy |

CAUSE NO. DF-13-19281

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | IN THE DISTRICT COURT |
| Applicant | § | |
| | § | |
| | § | |
| v. | § | |
| | § | 254TH JUDICIAL DISTRICT |
| | § | |
| LESLIE D. WARE AND | § | |
| SAMUEL F. BAXTER | § | |
| Respondents | § | DALLAS COUNTY, TEXAS |

NOTICE OF HEARING ON
FIRST AMENDED APPLICATION FOR A PROTECTIVE ORDER

A hearing on the First Amended Application for a Protective Order is set for 9:00 a.m. on

the 17th day of February, 2015 before the Honorable James Martin of the 254th Judicial District

Court of Dallas County, Texas.

SIGNED this _11_ day of August, 2014.

_James B. Martin_
JUDGE/CLERK

CERTIFICATE OF SERVICE

I certify that a true copy of the above was forwarded to all attorneys of record and/or parties

in accordance with the Texas Rules of Civil Procedure on the _5_ day of August, 2014

_Angeline L. Bui_
Attorney for Respondents

NOTICE OF HEARING – PAGE SOLO