IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**SAMUEL F. BAXTER,** *Plaintiff*
v.
**CHELSEA L. DAVIS,** *Defendant/Third-Party Plaintiff*
v.
**SAMUEL F. BAXTER; MCKOOL SMITH P.C.,** *Third-Party Defendants*

<u>NO. 3:14-cv-3975</u>
CONSOLIDATED INTO OR WITH
CASE NOS. 3:13-CV-4973,
3:13-CV-4926, 3:14-CV-0056,
3:14-CV-3962 (Original Proceedings,
Federal Question)

---

### REQUEST FOR CLERK TO ISSUE SUMMONSES

Chelsea Davis requests the clerk to issue the attached summonses to:

1. Defendant Chelsea L. Davis;

2. Third Party Defendant Samuel F. Baxter;

3. Third Party Defendant McKool Smith P.C.

Dated: Nov. 13, 2014          Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis
TX Bar No. 24059652
[REDACTED]
Princeton, TX 75407
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically submitted the foregoing document with the clerk of court for the U.S. District Court using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/Chelsea L. Davis
Chelsea L. Davis

**ADDITIONAL COUNSEL 1.**   Lidji Dorey & Hooper
Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

**ADDITIONAL COUNSEL 2.**   Goranson Bain PLLC
ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

**ADDITIONAL COUNSEL 3.**   Gray Reed & McGraw P.C. (*and* Looper Reed & McGraw)
KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com

**ADDITIONAL COUNSEL 4.**   Jeff Hall
Jeff Hall

2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

        **ADDITIONAL COUNSEL 5.**    FOX ROTHSCHILD LLP

DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

        **ADDITIONAL COUNSEL 6.**    MILLER BROWN LLP

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

        **ADDITIONAL COUNSEL 7.**    Friedman & Feiger LLP

Lawrence J. Friedman
State Bar No. 07469300
Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

        **ADDITIONAL COUNSEL 8.**    Gibson Dunn LLP

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100

Fax: +1 214.571.2900

**ADDITIONAL COUNSEL 9.**     Abernathy, Roeder, Boyd & Joplin, P.C.

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

**ADDITIONAL COUNSEL 10.**     Figari & Davenport LLC

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

**ADDITIONAL COUNSEL 11.**     Herring & Irwin

CHARLES HERRING
cherring@herring-irwin.com

**ADDITIONAL COUNSEL 12.**     Clinesmith Wooten Smith

Dawn Smith
dawn@clinesmithwootensmith.com

**ADDITIONAL COUNSEL 13.**     Law Office of Chris Knox

Chris Knox
chrisknox@knoxcriminaldefense.com
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-741-7474

**ADDITIONAL COUNSEL 14.**     Law Office of Nicole Knox

Nicole Knox
3131 McKinney Ave.
Ste. 800
Dallas, TX  75204
Phone: 214-740-9955

**ADDITIONAL COUNSEL 15.**     Law Office of Bill Knox

William T. "Bill" Knox
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-522-0000

    **ADDITIONAL COUNSEL 16.** Baker Botts LLP
George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com
    **ADDITIONAL COUNSEL 17.** ROYCE WEST
Royce West
State Bar No. 21206800
320 South R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
Telephone 214.941.1881
FAX 214.941.1399

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| SAMUEL F. BAXTER <br> *Plaintiff* <br> v. <br> CHELSEA L. DAVIS <br> *Defendant, Third-party plaintiff* <br> v. <br> SAMUEL F. BAXTER, MCKOOL SMITH P.C. <br> *Third-party defendant* | Civil Action No. 3:14-CV-3975-M |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  SAMUEL F. BAXTER
400 CREEKSIDE DR.
MARSHALL, TX 75670

     A lawsuit has been filed against defendant   CHELSEA L. DAVIS  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   SAMUEL F. BAXTER  .

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

CHELSEA L. DAVIS (PRO-SE), 2068 MEADOW VIEW DR., PRINCETON, TX 75407

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROSS WELLS, 1700 REDBUD BLVD., STE. 300, MCKINNEY, TX 75069

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: _____

                                                                          *CLERK OF COURT*

                                                                          *Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Texas

| | |
|---|---|
| SAMUEL F. BAXTER<br>*Plaintiff*<br>v.<br>CHELSEA L. DAVIS<br>*Defendant, Third-party plaintiff*<br>v.<br>SAMUEL F. BAXTER, MCKOOL SMITH P.C.<br>*Third-party defendant* | Civil Action  No. 3:14-CV-3975-M |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: *(Third-party defendant's name and address)*  MCKOOL SMITH P.C.
C/O GARY W. EDEN
300 CRESCENT COURT, STE. 1500
DALLAS, TX 75201

     A lawsuit has been filed against defendant   CHELSEA L. DAVIS  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   SAMUEL F. BAXTER  .

     Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

CHELSEA L. DAVIS (PRO-SE), 2068 MEADOW VIEW DR., PRINCETON, TX 75407

     It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

ROSS WELLS, 1700 REDBUD BLVD., STE. 300, MCKINNEY, TX 75069

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

     A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date: _____

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*