**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**SAMUEL F. BAXTER,** *Plaintiff*
**v.**
**CHELSEA L. DAVIS,** *Defendant/Third-Party Plaintiff*
**v.**
**SAMUEL F. BAXTER; MCKOOL SMITH P.C.,** *Third-Party Defendants*

**NO. 3:14-cv-3975**
**CONSOLIDATED INTO OR WITH CASE NOS. 3:13-CV-4973, 3:13-CV-4926, 3:14-CV-0056, 3:14-CV-3962 (Original Proceedings, Federal Question)**

---

**EMERGENCY MOTION FOR PERMISSION TO FILE INTO SEALED CASES**

This motion is made by the licensed attorney issued TX Bar No. 24059652 who is admitted to practice in this Court requesting permission to file into all sealed cases, to represent myself, Chelsea Lynn Davis, born 1982, as my own attorney, to file documents on behalf of myself, Chelsea Lynn Davis, and on behalf others, whether or not my license to practice law under TX Bar No. 24059652 is active or becomes inactive. and continuing thereafter forever, in tag along proceedings, cases, related cases, unrelated cases, pendant proceedings, and all other cases, civil actions, other actions, and proceedings etc.

Regardless of my status as a party, terminated party, counsel, or terminated counsel, I request permission to file documents, notices, applications, affidavits, certificates of attorney, oaths, statements, applications, admissions, denials, introductory statements, statements, amendments, supplements, withdrawals, records, corrected records, substituted records, motions,

responses, replies, papers, pleadings, objections, pleas, responses, attachments, other papers, things in non-paper form incorporated by reference herein by wine bottles, contractual agreements, agreements, consents, waivers, pictures, video recordings, telephone recordings, witness testimony, public records, discovery, deposition transcripts, certifications, verifications, affidavits, exhibits, witness lists, witnesses, exhibit list, motions in limine, jury demand, jury instruction, special appearance, plea to the jurisdiction, application for writ of habeas corpus and notice thereof, petition for writ of habeas corpus, returns of service, citations, summonses, orders, complaints, petitions, pleas, notice of lis pendens, notices, initiating documents, complaints, counterclaims, crossclaims, intervenor complaints, motions to vacate, correct, set aside sentence under (2255), notices of removal, petitions, third party complaints, answers to complaints, affidavit in support, affidavit in opposition, amended answer to complaint, answer to complaint (notice of removal), answer to writ of garnishment, brief, claim, objections to report and recommendations, responses to non-motions, withdrawals of claims, motions, requests for permission to file documents in paper form, requests for permission to electronically file documents, notarize as efiling service provider, efiling service provider services, briefs in support, motions to dismiss for lack of prosecution, motions to disqualify counsel, motions, motions for extension of time, other motions, responses, replies, responses and replies, unopposed applications for extensions of time to answer complaints, ADR documents, notices, trial documents, appeal documents, other documents, sealed events, patent events, etc., including the documents and events incorporated herein by reference to the listing of court events and attorney events to replace documents in their entirety, including one or more or all of the following attachments, each of which may be amended by me serially, serially in part, by

amendment in part, or by amendment relating back as specified. I reserve my right to amend each and every document and each and every attachment any number of times and to submit each document in any number of proceedings.

Dated: Nov. 13, 2014

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, pro-se
2068 Meadow View Rd.
Princeton, TX 75407
TX BAR NO. 24059652
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court or the U.S. District Court or other court in the Eastern District of Texas from which documents were transferred in, or otherwise, to the extent possible.

Dated: Nov 13, 2014

/s/Chelsea L. Davis
Chelsea L. Davis, Pro-Se