**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**SAMUEL F. BAXTER,** *Plaintiff*
**v.**
**CHELSEA L. DAVIS,** *Defendant/Third-Party Plaintiff*
**v.**
**SAMUEL F. BAXTER; MCKOOL SMITH P.C.,** *Third-Party Defendants*

**NO. 3:14-cv-3975**
**CONSOLIDATED INTO OR WITH CASE NOS. 3:13-CV-4973, 3:13-CV-4926, 3:14-CV-0056, 3:14-CV-3962 (Original Proceedings, Federal Question)**

---

**ORDER**

This Court, having considered Chelsea L. Davis's emergency motion for permission to file into sealed cases dated Nov. 13, 2014, hereby GRANTS CHELSEA L. DAVIS'S MOTION.

IT IS ORDERED THAT THIS ORDER GRANTS CHELSEA L. DAVIS PERMISSION RETROACTIVELY, EFFECTIVE DEC. 18, 2013 AND CONTINUING THEREAFTER AFTER THE CLOSE OF THIS CASE, TO FILE INTO ALL SEALED CASES, WHETHER CLOSED OR PENDING, AND TO FILE A NEW SEALED CASE, PRO-SE, AS AN ATTORNEY, OR ON BEHALF OF ANOTHER.

DATED: NOV. 13, 2014

______________________________

PRESIDING JUDGE