IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

CHELSEA L. DAVIS

v.

MCKOOL SMITH P.C. ET AL

NO. _____

---

## CHELSEA DAVIS'S MOTION TO TRANSFER, CONSOLIDATE, SEVER, CHANGE VENUE, REMOVE, REMAND AND/OR REOPEN CASE; AND FOR ANTI-SUIT INJUNCTION TO STAY STATE COURT "PROCEEDINGS"

Chelsea Davis moves this Court to direct the clerk to transfer, consolidate, sever, change venue, remove, remand and/or reopen this case in light of the opening of *Davis v. McKool Smith P.C., and Samuel F. Baxter,* Case No. 4:14-cv-754 (E.D. Tex.), and this Court's orders of transfer, consolidation, severance, change of venue, removal, remand and/or to reopen case.

It appears this case was not closed due to dismissal. Instead, it appears this case may not be filed until an anti-suit injunction is dissolved and stay is lifted. A case was stayed on the merits for all purposes by order signed on Nov. 6, 2013, except for the purpose of McKool Smith P.C. and Samuel F. Baxter's motion to seal (which is really a motion for anti-suit injunction and a gag order). Then, it appears there are orders transferring case and remanding case, causing an administrative closure. However, transfer and remand do not appear to have been properly completed. Again, on Nov. 17, 2014, there appears to be an order transferring case to the 160th Judicial District Court in Dallas County, Texas.

Chelsea Davis has diligently been trying to make her case against McKool Smith P.C. et

al, but the preliminary anti-suit injunction seems to be preventing her from doing so. So far, no case could have been litigated and no dismissals could have been entered in any case. While transfer and/or remand appear to have been ordered by the U.S. Dist. Court for the Northern District of Texas under *Chelsea Davis v. McKool Smith P.C. et al,* Case No. 3:13-cv-4926-N, such order could not have been final as to all cases because at least one case was an original proceeding in federal, not state, court. The clerk has failed to follow orders of transfer to complete the transfer. Remand also cannot be properly completed until the anti-suit injunction is dissolved which permits Chelsea Davis and the state court to make a case in a state court. In the meantime, this Court, as the transferor court, cannot sign orders of dismissal of a case yet to be made, stayed on the merits, and/or ordered for transfer more than thirty days prior to signing the order, based on an order signed by another transferor court signed more than thirty days after that case was yet to be made, stayed on the merits, and/or ordered for transfer, especially not while a case number is opened in this Court without a case for lack of subject matter jurisdiction or authority. And, another state court cannot dismiss a case yet to be made or remanded based on a post-plenary power transferor federal court order, especially one which is based on another post-plenary power transferor federal court order. Further, Chelsea Davis moves to vacate the void order that allegedly orders all magistrate judge findings accepted.

  Chelsea Davis requests this Court to reopen or transfer this case back to this Court as a pendant matter or otherwise to clarify where this case is, to dissolve the anti-suit injunction, and to permit Chelsea Davis to proceed against Samuel F. Baxter and McKool Smith P.C. To the extent it would be in Chelsea Davis's financial interest to transfer, consolidate, sever, change venue, remove, remand and/or reopen this case to maximize the amount of money in a damages

award that Chelsea Davis will receive to benefit her financially in this and all pendant matters, Chelsea Davis moves for the appropriate relief. In support, Chelsea Davis cites the removal statutes, transfer rules, and jurisdiction and venue statutes and caselaw, including the jurisdiction recited in *United Mine Workers v. Gibbs*, 383 U.S. 715, 725 (1966).

McKool Smith P.C., Samuel Baxter, Leslie Ware and Harlan Crow have consented to transfer, consolidation, severance, change of venue, joinder, remand and removal.

In addition or in the alternative, Chelsea Davis moves for an injunction under the corollary to the prohibition of predecessor to 28 USCS § 2283 (i.e. the anti- anti-suit injunction rule allowing for anti-suit injunctions) to stay state court "proceedings," which includes all steps taken or which may be taken in state court or by its officers from institution of suit to close of final process.

Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis
TX Bar No. 24059652
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com
ATTORNEY FOR CHELSEA L. DAVIS

**ADDITIONAL COUNSEL 1.**   Lidji Dorey & Hooper
Brian M. Lidji
TX Bar No. 12329700
500 N. Akard, Suite 3500
Dallas, TX 75201
Direct 214-774-1220
Fax 214.774.1212
blidji@ldhlaw.com

**ADDITIONAL COUNSEL 2.**   Goranson Bain PLLC

ANGELINE L. ("ANGIE") BAIN and Associates
8350 N. Central Expressway, Suite 1700
Dallas, TX 75206
PHONE: 214.373.7676
Fax: 214.373.9959
TX BAR NO. 01546650

   **ADDITIONAL COUNSEL 3.** Gray Reed & McGraw P.C. (*and* Looper Reed
    & McGraw)

KEN STONE
TX BAR NO. 19296300
JAMIE RIBMAN
1601 Elm Street, Suite 4600
Dallas, TX 75201
T: 214.954.4135
F: 469.320.6878
kstone@grayreed.com
jribman@grayreed.com

   **ADDITIONAL COUNSEL 4.** Jeff Hall

Jeff Hall
2200 Ross Avenue Suite 5350
Dallas, TX 75201
214-658-6513
jthallesq@gmail.com
TX BAR NO. 00787622

   **ADDITIONAL COUNSEL 5.** FOX ROTHSCHILD LLP

DARRELL MINTER
Two Lincoln Centre
5420 LBJ Freeway, Suite 1200
Dallas. TX 75240-6215
Tel 214-231-5711 Fax 972.404.0516
DMinter@foxrothschild.com

   **ADDITIONAL COUNSEL 6.** MILLER BROWN LLP

J. Robert Miller Jr.
TX Bar No. 14092500
rmiller@miller-brown.com
CHRISTY E. MADDEN
State Bar No. 90001629
cmadden@miller-brown.com
400 South Ervay Street
Dallas, Texas 75201-5513
(214) 748-7600
FAX: (214) 204-9134

   **ADDITIONAL COUNSEL 7.** Friedman & Feiger LLP

Lawrence J. Friedman
State Bar No. 07469300

Carlos Morales
State Bar No. 24025545
5301 Spring Valley, Suite 200
Dallas, Texas 75254
Telephone (972) 788-1400
FAX (972) 788-2667
lfriedman@fflawoffice.com

| | ADDITIONAL COUNSEL 8. | Gibson Dunn LLP |

Veronica S. Lewis, SBN 24000092
vlewis@gibsondunn.com
William B. Dawson, SBN 05606300
wdawson@gibsondunn.com
Benjamin D. Williams, SBN 24072517
bwilliams@gibsondunn.com
Gibson Dunn LLP
2100 McKinney Avenue
Suite 1100
Dallas, TX 75201-6912
Tel: +1 214.698.3100
Fax: +1 214.571.2900

| | ADDITIONAL COUNSEL 9. | Abernathy, Roeder, Boyd & Joplin, P.C. |

Ross Wells
1700 Redbud Boulevard, Suite 300
McKinney, TX 75069
Phone: (214) 544-4000
Fax: (214) 544-4040
rwells@abernathy-law.com

| | ADDITIONAL COUNSEL 10. | Figari & Davenport LLC |

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX  75202
Phone: 214-939-2007
FAX:  214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

| | ADDITIONAL COUNSEL 11. | Herring & Irwin |

CHARLES HERRING
cherring@herring-irwin.com

| | ADDITIONAL COUNSEL 12. | Clinesmith Wooten Smith |

Dawn Smith

dawn@clinesmithwootensmith.com

        **ADDITIONAL COUNSEL 13.**   Law Office of Chris Knox

Chris Knox
chrisknox@knoxcriminaldefense.com
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-741-7474

        **ADDITIONAL COUNSEL 14.**   Law Office of Nicole Knox

Nicole Knox
3131 McKinney Ave.
Ste. 800
Dallas, TX  75204
Phone: 214-740-9955

        **ADDITIONAL COUNSEL 15.**   Law Office of Bill Knox

William T. "Bill" Knox
900 Jackson St Ste 650
Dallas, TX  75202
Phone: 214-522-0000

        **ADDITIONAL COUNSEL 16.**   Baker Botts LLP

George Lamb
Calvin Roderick Phelan
2001 Ross Ave. Ste.
Dallas, TX 75201
Fax (214) 661-4659
george.lamb@bakerbotts.com
rod.phelan@bakerbotts.com

        **ADDITIONAL COUNSEL 17.**   Trevor R. Jefferies

Arnold & Porter LLP
700 Louisiana Street, Suite 1600
Houston, Texas 77002
Telephone: +1 713-576-2403
Cell Phone: +1 713-530-8243
trevor.jefferies@aporter.com
ATTORNEY FOR JAMES CHANOS

        **ADDITIONAL COUNSEL 18.**   Vanessa Griffith

Vinson & Elkins LLP
2001 Ross Avenue, Suite 3700
Dallas, TX 75201-2975
Tel +1.214.220.7713
Fax +1.214.999.7713
E-mail vgriffith@velaw.com
ATTORNEY FOR CLINT CARLSON

        **ADDITIONAL COUNSEL 19.**   Jamie McKey

Kendall Law Group

jmckey@kendalllawgroup.com
ATTORNEY FOR LEON COOPERMAN
      **ADDITIONAL COUNSEL 20.**   Levi G. McCathern, II
McCathern, PLLC
3710 Rawlins St., Suite 1600
Dallas, Texas 75219
214.741.2662 Office
214.741.4717 Fax
lmccathern@mccathernlaw.com
ATTORNEY FOR STEPHEN JONES
      **ADDITIONAL COUNSEL 21.**   Lewis T. Stevens
TX24031366
131 East Exchange Ave., No. 204
Fort Worth, TX 76164
T-817-332-4466
F-817-332-4476
lstevens@lstevenslaw.com
ATTORNEY FOR CHAD BUSHAW
      **ADDITIONAL COUNSEL 22.**   ROYCE WEST
Royce West
State Bar No. 21206800
320 South R.L. Thornton Freeway, Suite 300
Dallas, Texas 75203
Telephone 214.941.1881
FAX 214.941.1399

## **CERTIFICATE OF SERVICE**

I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the

court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Eastern District of Texas), or otherwise, to the extent possible.

    /s/Chelsea L. Davis  
    Chelsea L. Davis, pro-se  
    TX Bar No. 24059652  
    Mailing Address:  
    25 Highland Park Vlg., Ste. 100-830  
    Dallas, TX 75205  
    Telephone: (469) 426-5850  
    Facsimile: (469) 533-0466  
    cdavis@chelseadavispc.com