354M 000151

CAUSE NO. DC-13-12834-M

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 298TH JUDICIAL DISTRICT OF |
| | § | |
| McKOOL SMITH P.C., | § | |
| SAMUEL F. BAXTER, | § | |
| | § | |
| Defendants. | § | DALLAS COUNTY, TEXAS |

**ORDER TRANSFERRING CASE**

The Court has previously stayed this case in deference to the 254th Judicial District Court of Dallas County, Texas, in which Plaintiff had earlier filed a related suit to which Defendants sought transfer of this case. The Court, now being advised that the 254th District Court of Dallas, County has granted Defendants' Motion to Transfer, and ordered that the present action be transferred to that Court for consolidation with Cause No. DF-13-19281, finds and concludes that this case should be so transferred; it is accordingly

ORDERED that Cause No. DC-13-12834 and styled Chelsea L. Davis v. McKool Smith P.C., and Samuel F. Baxter, pending in the 298th Judicial District Court of Dallas County, Texas is hereby transferred to the 254th Judicial District Court of Dallas County, Texas, for consolidation with the above-referenced case, and the clerk is ordered to take all actions required to effect such immediate transfer.

SO ORDERED this 26 day of November, 2013.

Emily A. Tobolowsky

JUDGE PRESIDING