**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **CHELSEA DAVIS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **v.** | § | **Civil No. 3:13-CV-4926-N-BK** |
| | § | |
| **MCKOOL SMITH, P.C. et al.,** | § | |
| | § | |
| **Defendant.** | § | |

**JUDGMENT**

This action came on for consideration by the court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED, AND DECREED that Plaintiff's case is *sua sponte* REMANDED to the 254th District Court of Dallas County.

IT IS FURTHER ORDERED that the Clerk shall transmit a true copy of this judgment and the order accepting the Findings, Conclusions and Recommendation of the United States Magistrate Judge, to counsel for the parties.

SIGNED February 11, 2014.

DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE