IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**CHELSEA L. DAVIS**
*Plaintiff*

**V.**

**MCKOOL SMITH P.C. et al**
*Defendants*

**CASE NO. 3:14-cv-3975-M**
**into which 3:13-cv-4926-N is consolidated.**

## SECOND MOTION FOR LEAVE TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS, RECOMMENDATIONS AND CONCLUSION AND SECOND MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR OBJECTIONS

I, Chelsea Davis, hereby move for leave to file objections to magistrate judge's findings, recommendations and conclusion and move for leave to exceed the page limit of five pages for filing objections.

Dated:  Dec. 1, 2014           Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX Bar No. 24059652
2068 Meadow View Dr.
Princeton, TX 75407
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

On this day, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically by email or, as a pro-se

1

party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court,

Dated:  Dec. 1, 2014                    /s/Chelsea L. Davis
                                                Chelsea L. Davis, *pro-se*