IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3:14-CV-3975-M |
| | § | |
| MCKOOL SMITH, PC, ET AL., | § | |
| | § | |
| Defendants. | § | |

## **TRANSFER ORDER**

This case is hereby **TRANSFERRED** to the docket of **U.S. District Judge David C. Godbey**.  All future pleadings shall subsequently be filed under case No. 3:14-CV-3975-N.

**SO ORDERED**.

DATED:        December 2, 2014.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS

*ORDER, Page Solo*