## Case History

Back

| | |
|---|---|
| Case Number | 199-03395-2013 |
| Date Filed: | 08/27/2013 |
| Case Type: | CV - Other Injury or Damage |
| Status: | Closed |
| Style: | Chelsea L Davis Vs. Samuel F Baxter |
| JudicialOfficer: | Tucker, Angela in 199th District Court |

## Parties

| Type | Name | DOB | Address | Attorney |
|---|---|---|---|---|
| Defendant | Baxter, Samuel F | | | Pro Se |
| Plaintiff | Davis, Chelsea L | | | Pro Se |

## Case Events

| Date | Event Type | Comments | Cancelled Reason | Time | Judge |
|---|---|---|---|---|---|
| 08/27/2013 | Plaintiff's Original Petition (OCA) $283.00 | Original Petition | | | |
| 08/27/2013 | Request for Citation $8.00 | x1 | | | |
| 08/27/2013 | Citation | | | | |
| 08/29/2013 | Request for Copies $ | | | | |
| 08/29/2013 | Request for Copies $ | | | | |
| 09/09/2013 | Notice | of Removal | | | |
| 09/10/2013 | Administrative Order Closing Case | | | | |
| 09/16/2013 | Request for Copies $ | | | | |
| 10/08/2014 | Notice | | | | |
| 10/19/2014 | Amended Petition | | | | |
| 10/19/2014 | Motion to Reinstate - Civil $65.00 | Motion to Reinstate | | | |
| 10/19/2014 | Notice of Appearance | | | | |
| 10/21/2014 | Request for Citation by Certified Mail $83.00 | | | | |
| 10/21/2014 | Citation | | | | |
| 10/28/2014 | Motion - New Trial - Civil $65.00 | Motion for New Trial | | | |
| 10/28/2014 | Jury Fee Paid $30.00 | | | | |

## Financial Summary

Plaintiff
Charges  : $564.00
Payments: $564.00
Balance  : $0.00

## Transactions

| Payor | Receipt | Date | Description | Amount |
|---|---|---|---|---|
|  |  | 08/27/2013 | Transaction Assessment | $258.00 |
|  |  | 08/27/2013 | Transaction Assessment | $8.00 |
| Davis, Chelsea L | Receipt # DC-44286-2013 | 08/27/2013 | Payment | ($266.00) |
|  |  | 08/29/2013 | Transaction Assessment | $8.00 |
| Time Lane | Receipt # DC-44650-2013 | 08/29/2013 | Payment | ($8.00) |
|  |  | 08/29/2013 | Transaction Assessment | $8.00 |
| Johnston Tobey | Receipt # DC-44664-2013 | 08/29/2013 | Payment | ($8.00) |
|  |  | 09/09/2013 | Transaction Assessment | $5.00 |
| Ross Well | Receipt # DC-46655-2013 | 09/09/2013 | Payment | ($5.00) |
|  |  | 09/16/2013 | Transaction Assessment | $28.00 |
| brandon burrows | Receipt # DC-48061-2013 | 09/16/2013 | Payment | ($28.00) |
|  |  | 10/09/2014 | Transaction Assessment | $2.00 |
| Davis, Chelsea L | Receipt # DC-80257-2014 | 10/09/2014 | Payment | ($2.00) |
|  |  | 10/21/2014 | Transaction Assessment | $150.00 |
| Davis, Chelsea Lynn | Receipt # DC-83747-2014 | 10/21/2014 | Payment | ($150.00) |
|  |  | 10/28/2014 | Transaction Assessment | $97.00 |
| Davis, Chelsea Lynn | Receipt # DC-85587-2014 | 10/28/2014 | Payment | ($97.00) |