**CAUSE NO. DF 13-19281**

| | | |
|---|---|---|
| **CHELSEA L. DAVIS,**<br>**Applicant,** | §<br>§ | **IN THE DISTRICT COURT** |
| **v.** | §<br>§<br>§ | **254th JUDICIAL DISTRICT** |
| **LESLIE D. WARE AND**<br>**SAMUEL L. BAXTER,**<br>**Respondents.** | §<br>§<br>§ | **DALLAS COUNTY, TEXAS** |

**ORDER ON RESPONDENT LESLIE D. WARE'S**
**MOTION TO TRANSFER RELATED CASE**

CAME ON FOR CONSIDERATION Respondent Leslie D. Ware's Motion to Transfer Related Case in the above-styled and numbered cause. The Court, after considering the Motion, the pleadings on file, and the arguments of counsel, has determined that same is well taken and the Motion should be GRANTED.

IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED that this Court request transfer of Cause No. DC-14-11682 in the 134th Judicial District of Dallas County to this Court in order to facilitate the orderly and efficient disposition of the litigation.

SIGNED this the 30 day of Oct, 2014.

James B. Martin

**JUDGE PRESIDING**