IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:14-cv-03975-N-BK |
| | § | |
| MCKOOL SMITH P.C., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REMAND

This Order addresses Defendant McKool Smith, P.C.'s Motion to Remand. The Court finds that the Motion should be granted. It is therefore

ORDERED that Cause No. DC-13-14215 is hereby remanded to the 160th Judicial District Court of Dallas County, Texas. It is further

ORDERED that the Clerk shall transmit a true copy of this Order to Counsel for the parties and the Clerk of the 160th Judicial District Court of Dallas County, Texas.

SIGNED this ____ day of _________________, 201____.

_________________________________
UNITED STATES DISTRICT JUDGE