**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS**

**V.**

**MCKOOL SMITH P.C. et al**

**NO. 3:14-cv-3975-M**
**into which 3:13-cv-4926-N is consolidated**

**CHELSEA DAVIS'S MOTION FOR SANCTIONS AGAINST DONALD COLLELUORI**

Attorney Donald Colleluori continues to file proposed orders as orders of this Court attached onto the last page of his motions and attached to his motions as proposed orders to create orders of this Court as if he were the judge. He knows this is sanctionable misconduct.

Donald Colleluori, counsel for McKool Smith P.C., seeks to disbar me by filing motions alleging professional misconduct against me. Prior to 1939, a lawyer could file a suit against another lawyer to seek to disbar him or her. The old law stated, "The judge of any court, a practicing attorney, a county commissioner or justice of the peace may file with the clerk of the district court a sworn complaint of fraudulent or dishonorable conduct or malpractice on the part of any attorney at law." Art. 314, V.A.T.S. "Tex. Rev. Civ. Stat. ann. § 8 expressly repealed all laws or parts of laws which were in conflict with the Act or with the rules and regulations adopted under the State Bar Act by the Supreme Court." *See State ex rel.*

*Chandler v. Dancer*, 391 S.W.2d 504, 505 (Tex. Civ. App. Corpus Christi 1965) (holding that the practicing attorney lacked authority under the State Bar Act, formerly Tex. Rev. Civ. Stat. Ann. art. 320a-1 et seq. (now Tex. Gov't Code Ann. § 81.001 et seq.) to seek disbarment of other attorneys by filing a civil suit in state district court).

Dated: Dec. 24, 2014

Respectfully,

/s/Chelsea L. Davis

Chelsea L. Davis, *pro-se*
TX Bar No. 24059652
2068 Meadow View Dr.
Princeton, TX 75407
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

On this day, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically by email and, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court,

Don Colleluori
TX BAR NO. 04581950
A. Erin Dwyer
TX BAR NO. 06302700
3400 Bank of America Plaza
901 Main St Ste 3400
Dallas, TX 75202
Phone: 214-939-2007
FAX: 214-939-2090
don.colleluori@figdav.com
erin.dwyer@figdav.com

Dated: Dec. 24, 2014

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS**

**V.**

**MCKOOL SMITH P.C. et al**

**NO. 3:14-cv-3975-M**
**into which 3:13-cv-4926-N is consolidated**

---

**ORDER VACATING ORDERS**

This Order addresses Defendant McKool Smith, P.C.'s Motion to Remand and Order of Remand attached thereto filed Dec. 24, 2014.

It is ORDERED that the Order of Remand filed Dec. 24, 2014 is hereby vacated.

It is ORDERED that the Clerk shall not transmit a true copy of that paper to any Counsel or to the Clerk of the 160th Judicial District Court of Dallas County, Texas.

It is ORDERED that the Findings, Conclusions and Recommendations to sua sponte dismiss this case with prejudice (Ordered by Magistrate Judge Renee Harris Toliver on 11/17/2014) are vacated.

It is ORDERED that the TRANSFER ORDER: This case is hereby TRANSFERRED to the docket of U.S. District Judge David C. Godbey. All future pleadings shall subsequently be filed under case No. 3:14-CV-3975-N. (Ordered by Judge Barbara M.G. Lynn on 12/2/2014) is vacated.

It is ORDERED that the ELECTRONIC ORDER granting [18] Motion for Extension of Time to File Objections to Magistrate Judge's Findings, Conclusions and Recommendation is vacated. (Ordered by Magistrate Judge Renee Harris Toliver on 1/2/2014).

It is ORDERED that CHELSEA DAVIS may CONTINUE TO file AND AMEND objections through May 1, 2015. (Ordered by Magistrate Judge Renee Harris Toliver on 1/2/2014).

It is ORDERED that Chelsea Davis may File documents in excess of page limits in this Court. (Ordered by Magistrate Judge Renee Harris Toliver on 1/2/2014).

It is ORDERED that the ORDER of DISMISSAL (Ordered by Judge Ron Clark on 10/7/2013) is vacated.

It is ORDERED that the ORDER accepting magistrate judge's findings, conclusions and recommendation (Ordered by Judge David Godbey on 10/7/2013) is vacated.

It is ORDERED that the Motion at Doc. 28 filed Jan. 8, 2014 and all attachments thereto under No. 3:13-cv-4926 are deemed unfiled.

It is ORDERED that the magistrate judge's Findings, conclusions and recommendation on Dec. 26, 2013 By Magistrate Judge Renee Toliver under No. 3:13-cv-4926-N are vacated.

It is ORDERED that the Appendix at Doc. 29 filed 12/24/2014 is stricken in its entirety.

It is ORDERED the paper entitled "Amended Order Dismissing All Claims With Prejudice, Imposing Sanctions, And Enjoining Further Filings", under No. DC-13-14215 (December 27, 2013) is not a court record and is void.

It is ORDERED the paper entitled "Memorandum Opinion and Judgment" in the Fifth Court of Appeals No. 05-13-01747-CV (October 29, 2014) is not a court record and is void.

It is ORDERED the paper entitled "Order Of Referral" in Cause No. DC-13-14215 (November 13, 2014) is not a court record and is void.

It is ORDERED the paper entitled "Order of Transfer" in Cause No. DC-13-14215 (November 17, 2014) is not a court record and is void.

It is ORDERED the paper entitled Vexatious Litigant, Cause No. DC-13-14215-M (November 26, 2014) is not a court record and is void.

It is so RENDERED, SIGNED, ENTERED and ORDERED this 24TH day of DECEMBER 2014 BY PRESIDING DISTRICT JUDGE.