**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS**

**V.**

**MCKOOL SMITH P.C. et al**

**NO. 3:14-cv-3975**
**into which 3:13-cv-4926 is consolidated**

---

**ORDER VACATING ORDERS**

This Order addresses Defendant McKool Smith, P.C.'s Motion to Remand and Order of Remand attached thereto filed Dec. 24, 2014.

It is ORDERED that the Order of Remand filed Dec. 24, 2014 is hereby vacated.

It is ORDERED that the Clerk shall not transmit a true copy of that paper to any Counsel or to the Clerk of the 160th Judicial District Court of Dallas County, Texas.

It is ORDERED that the Findings, Conclusions and Recommendations to sua sponte dismiss this case with prejudice (Ordered by Magistrate Judge Renee Harris Toliver on 11/17/2014) are vacated.

It is ORDERED that the TRANSFER ORDER: This case is hereby TRANSFERRED to the docket of U.S. District Judge David C. Godbey. All future pleadings shall subsequently be filed under case No. 3:14-CV-3975-N. (Ordered by Judge Barbara M.G. Lynn on 12/2/2014) is vacated.

It is ORDERED that the ELECTRONIC ORDER granting [18] Motion for Extension of Time to File Objections to Magistrate Judge's Findings, Conclusions and Recommendation is vacated. (Ordered by Magistrate Judge Renee Harris Toliver on 1/2/2014).

It is ORDERED that CHELSEA DAVIS may CONTINUE TO file AND AMEND objections through May 1, 2015. (Ordered by Magistrate Judge Renee Harris Toliver on 1/2/2014).

It is ORDERED that Chelsea Davis may File documents in excess of page limits in this Court. (Ordered by Magistrate Judge Renee Harris Toliver on 1/2/2014).

It is ORDERED that the ORDER of DISMISSAL (Ordered by Judge Ron Clark on 10/7/2013) is vacated.

It is ORDERED that the ORDER accepting magistrate judge's findings, conclusions and recommendation (Ordered by Judge David Godbey on 10/7/2013) is vacated.

It is ORDERED that the Motion at Doc. 28 filed Jan. 8, 2014 and all attachments thereto under No. 3:13-cv-4926 are deemed unfiled.

It is ORDERED that the magistrate judge's Findings, conclusions and recommendation on Dec. 26, 2013 By Magistrate Judge Renee Toliver under No. 3:13-cv-4926-N are vacated.

It is ORDERED that the Appendix at Doc. 29 filed 12/24/2014 is stricken in its entirety.

It is ORDERED the paper entitled "Amended Order Dismissing All Claims With Prejudice, Imposing Sanctions, And Enjoining Further Filings", under No. DC-13-14215 (December 27, 2013) is not a court record and is void.

It is ORDERED the paper entitled "Memorandum Opinion and Judgment" in the Fifth Court of Appeals No. 05-13-01747-CV (October 29, 2014) is not a court record and is void.

It is ORDERED the paper entitled "Order Of Referral" in Cause No. DC-13-14215 (November 13, 2014) is not a court record and is void.

It is ORDERED the paper entitled "Order of Transfer" in Cause No. DC-13-14215 (November 17, 2014) is not a court record and is void.

It is ORDERED the paper entitled Vexatious Litigant, Cause No. DC-13-14215-M (November 26, 2014) is not a court record and is void.

It is so RENDERED, SIGNED, ENTERED and ORDERED this 24TH day of DECEMBER 2014 BY PRESIDING DISTRICT JUDGE.