**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS**

**V.**

**MCKOOL SMITH P.C. ET AL**

**NO. 3:14-cv-03975**

---

**THIRD MOTION FOR NEW TRIAL AND BRIEF IN SUPPORT**

I, Chelsea Davis, hereby timely move for a new trial against McKool Smith P.C. and Samuel F. Baxter in *Chelsea L. Davis v. Samuel F. Baxter,* 4:13-cv-514 (E.D. Tex. "filed" Sept. 9, 2013) and *Chelsea L. Davis v. McKool Smith P.C. and Samuel F. Baxter,* 4:14-cv-0754 (E.D. Tex. "filed" Nov. 19, 2014). In addition, I timely move for a new trial under the Texas Rules of Civil Procedure and Federal Rules of Civil Procedure in the removed and transferred "cases." It is unclear which, if any, judgments have been entered by any court in this case, including removed and transferred "cases." I reserve my right to amend and supplement this motion as facts are discovered. There has never been a first trial. No court has ever allowed me an evidentiary hearing. I hereby move for a new trial in advance of any deadlines.

The State Bar of Texas grievance investigations are not cases. To the extent one or more investigations was concluded and case(s) instituted and there was a trial in district court by the Commission for Lawyer Discipline against Chelsea Davis, the judgment(s) rendered cannot be used against Chelsea Davis in civil litigation. Under Rule 15.03 of the Texas Rules of Disciplinary Procedure, "[n]either the Complainant nor the Respondent is affected by the

doctrines of res judicata or estoppel by judgment from any Disciplinary Action." *Id.* This is true for any judgment(s) signed in *Chelsea Davis v. McKool Smith P.C.,* Cause No. DC-13-14215, in the 298th Judicial District Court, Dallas County, Texas; *Chelsea L. Davis v. Leslie D. Ware and Samuel F. Baxter,* Cause No. DF-13-19281, in the 254th Judicial District Court, Dallas County, Texas; and *Chelsea L. Davis v. Leslie Ware et al,* Cause No. 429-03449-2014, in the 429th Judicial District Court, Collin County, Texas, etc.

The Chief Disciplinary Counsel for the Commission for Lawyer Discipline appears to have referred one or more "cases" to the Board of Disciplinary Appeals, and the Board of Disciplinary Appeals created "In re Chelsea L. Davis", No. 54202 and 55408. The Board of Disciplinary Appeals then sealed the entire docket of Nos. 54202 and 55408 from the public and appears to have transferred one or more of the above "cases" to itself. I have received limited communications regarding Nos. 54202 and 55408 from the Office of Chief Disciplinary Counsel, but I have no way of knowing what is going on and which "cases" have been transferred by the Board of Disciplinary Appeals. Under Rule 7.12 of the Texas Rules of Disciplinary Procedure, "[t]he Board of Disciplinary Appeals is not a 'governmental body' as that term is defined in Section 551.001 or Section 552.003 of V.T.C.A., Government Code, and is not subject to either the provisions of the Open Meetings Act or the Open Records Act." *Id.* Under Rule 7.11 of the Texas Rules of Disciplinary Procedure, the transfer of cases by the Board of Disciplinary Appeals is not appealable. While I contest the Constitutionality of each of Rules 7.11 and 7.12, the truth is I have not yet had any opportunity to litigate any of my causes of action in any court against any named defendant even though I have the Constitutional right as a U.S. Citizen to sue the named defendants and be heard.

Under Rule 306 of the Texas Rules of Civil Procedure, "[t]he entry of the judgment shall contain the full names of the parties, as stated in the pleadings, for and against whom the judgment is rendered." *Id.* I object to each and every judgment for failure to name all parties, and I contest the Constitutionality of Rule 306 of the Texas Rules of Civil Procedure to the extent the rule does not require the naming of each and every party and the Commission for Lawyer Discipline in the judgment.

Dated: Jan. 11, 2015

Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX Bar No. 24059652
Mailing Address:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Northern and Eastern Districts of Texas).

Dated: Jan. 11, 2015

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*

**CERTIFICATE OF CONFERENCE**

I certify that no certificate of conference is required for this motion.

Dated: Jan. 11, 2015

/s/Chelsea L. Davis

Chelsea L. Davis, *pro-se*