**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS**

**V.**

**MCKOOL SMITH P.C. ET AL**

**NO. 3:14-cv-03975**

---

**ORDER GRANTING CHELSEA DAVIS'S THIRD MOTION FOR NEW TRIAL**

IT IS ORDERED that Chelsea Davis's THIRD MOTION FOR NEW TRIAL is hereby granted.

IT IS SO ORDERED this ___ day of ____ 2015 BY__________________.