**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| [CHELSEA L. DAVIS] | § | |
| | § | |
| | § | |
| | § | |
| V. | § | NO. 3:14-cv-3975-N-BK |
| | § | |
| | § | |
| [MCKOOL SMITH P.C.] | § | |
| | § | |
| | § | |
| | § | |
| | § | |

**CHELSEA DAVIS'S CONFIRMATION OF LEAVE OF "COURT" AND REQUEST FOR NEW CAUSE NUMBER**

I, CHELSEA L. DAVIS, file this my CONFIRMATION OF LEAVE OF COURT.

On Dec. 2, 2014, it appears that Magistrate Judge Toliver allegedly entered "ELECTRONIC ORDER granting [19] Motion for Extension of Time to File Objections to Magistrate Judge's Findings, Conclusions and Recommendation." In addition, "Plaintiff may file objections no later than December 9, 2014." *See* attached Docket Sheet, which is incorporated herein by reference.

I filed a civil complaint to open a civil action. It appears that the intended civil action was transferred. However, it is unclear what cause number was assigned to the civil action after it was transferred. I request identification of the cause number to which my intended civil action was assigned.

McKool Smith P.C. filed a motion to seal opening a separate civil or criminal or disciplinary matter against me. It appears that this second matter is being investigated under 3:14-cv-3962-N-BK even though no petition or complaint has yet been filed arising out of the investigation.

I request this Court to enter an order clarifying where my intended civil action went.

I request this Court to clarify that the magistrate judge's findings, conclusion and recommendation have not yet been entered in any case. They are merely part of a sealed investigation out of which no complaint or petition or information or indictment or notice has been filed.

To the extent I was able to read the actual findings, conclusion and recommendation, which instructed me to file objections, I requested leave for extension of time to file objections, and Magistrate Judge Toliver appears to have granted me such extension. However, since there is no action pending on the matter, I had no legal obligation to file any objections and therefore did not waive any right to an information, indictment, etc. by requesting time or by filing objections.

Dated: Jan. 12, 2015

Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX BAR NO. 24059652
MAILING ADDRESS:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Northern and Eastern Districts of Texas).

Dated: Jan. 12, 2015

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*