APPEAL,CASREF,JURY

# U.S. District Court
# Northern District of Texas (Dallas)
# CIVIL DOCKET FOR CASE #: 3:14-cv-03975-N-BK

McKool Smith PC v. Davis
Assigned to: Judge David C Godbey
Referred to: Magistrate Judge Renee Harris Toliver
Case in other court: 14-11286
Cause: 42:1983 Civil Rights (Employment Discrimination)

Date Filed: 11/10/2014
Jury Demand: Both
Nature of Suit: 442 Civil Rights: Employment
Jurisdiction: Federal Question

**Plaintiff**

**Chelsea L Davis** represented by **Chelsea L Davis**
25 Highland Park Village
Ste 100-830
Dallas, TX 75205
469/426-5850
Email: usdocket@lawofficeofchelseadavis.com
PRO SE
*Bar Status: Admitted/In Good Standing*

**Chelsea L Davis**
Chelsea Davis PC
25 Highland Park Village
Ste 100-830
Dallas, TX 75205
469/426-5850
Fax: 469/533-0466
Email: cdavis@chelseadavispc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Defendant**

**McKool Smith PC** represented by **Donald Colleluori**
Figari & Davenport
3400 Bank of America Plaza

901 Main St LB 125
Dallas, TX 75202-3796
214/939-2007
Fax: 214/939-2090 FAX
Email: don.colleluori@figdav.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Defendant**

**Leslie D Ware**

**Defendant**

**McKool Smith Henningan PC**

**Defendant**

**The Ware Firm LLC**

**Defendant**

**Panoptis IP LLC**

**Defendant**

**William A Ackman**

**Defendant**

**J Kyle Bass**

**Defendant**

**Chad Bushaw**

**Defendant**

**Clint D Carlson**

**Defendant**

**William C Carmody**

**Defendant**

**James S Chanos**

**Defendant**

**Leon G Cooperman**

**Defendant**

**Carlos R Cortez**

**Defendant**

**Harlan R Crow**

**Defendant**

**Stephen Jones**

**Defendant**

**Jon Stevens**

**Defendant**

**R Brian Teal**

**Defendant**

**Samuel F Baxter**
*Original Plaintiff and Filer in the Eastern District of Texas, 4:13-cv-514, properly styled Samuel F. Baxter v. Chelsea L. Davis*

V.

**Respondent**

| | | |
|---|---|---|
| **Chelsea L Davis** | represented by | **Chelsea L Davis**<br>(See above for address)<br>PRO SE<br>*Bar Status: Admitted/In Good Standing*<br><br>**Chelsea L Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

V.

**Movant**

| | | |
|---|---|---|
| **Chelsea Davis P.C.** | represented by | **Chelsea L Davis**<br>(See above for address)<br>*LEAD ATTORNEY* |

*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

**Intervenor**

**McKool Smith P.C.**

**ThirdParty Plaintiff**

**Chelsea L Davis** represented by **Chelsea L Davis**
(See above for address)
PRO SE
*Bar Status: Admitted/In Good Standing*

**Chelsea L Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**ThirdParty Defendant**

**McKool Smith PC**

**ThirdParty Defendant**

**Samuel F Baxter**
*Original Plaintiff and Filer in the Eastern District of Texas, 4:13-cv-514, properly styled Samuel F. Baxter v. Chelsea L. Davis*

**Counter Claimant**

**Chelsea L Davis** represented by **Chelsea L Davis**
(See above for address)
PRO SE
*Bar Status: Admitted/In Good Standing*

**Chelsea L Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted/In Good Standing*

V.

**Counter Defendant**

**Samuel F Baxter**
*Original Plaintiff and Filer in the Eastern District of Texas, 4:13-cv-514, properly styled Samuel F. Baxter v. Chelsea L. Davis*

**Counter Claimant**

| | | |
|---|---|---|
| **Chelsea L Davis** | represented by | **Chelsea L Davis**<br>(See above for address)<br>PRO SE<br>*Bar Status: Admitted/In Good Standing*<br><br>**Chelsea L Davis**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted/In Good Standing* |

V.

**Counter Defendant**

**McKool Smith P.C.**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/11/2014 | 1 R | NOTICE of *PRELIMINARY INJUNCTION re: Chelsea Davis's Complaints for making CONSOLIDATED Original Proceedings* filed by Chelsea L Davis (Davis, Chelsea) (Entered: 11/11/2014) |
| 11/12/2014 | 2 R | COPY OF CASE FROM THE EASTERN DISTRICT OF TEXAS, case number EDTEX14-7088, filed by Chelsea L Davis. (Filing fee $400; Receipt number 0539-6418755) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. |

| | | |
|---|---|---|
| | | Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Davis, Chelsea) Modified on 11/12/2014 to reflect attachment and to eliminate repetitive text (gr). Modified on 11/13/2014 (gr). (Entered: 11/12/2014) |
| 11/12/2014 | 3 R | New Case Notes: A filing fee has been paid. File to Judge Toliver. CASREF case referral set and case referred to Magistrate Judge Toliver (see Special Order 3). Case received over counter/electronically. No prior sanctions found. (For court use only - links to the national and circuit indexes.) Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (ndt) (Entered: 11/12/2014) |
| 11/13/2014 | 4 R | *Chelsea L. Davis's* ANSWER to 2 R Complaint, Notice of Removal with Jury Demand filed by Chelsea L Davis. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge., Supplemental THIRD PARTY COMPLAINT *for 42 USC 1983 Wrongful Injunction and Unlawful Arrest and Response To Unfiled Motion Presented In Eastern District of Texas for Anti-Suit Injunction* against McKool Smith PC, Samuel F Baxter filed by Chelsea L Davis. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge., Supplemental COUNTERCLAIM *for Federal Human Trafficking - Forced Labor and for 42 USC 1983 Wrongful Injunction and Unlawful Arrest* against Samuel F Baxter filed by Chelsea L Davis (Davis, Chelsea) (Entered: 11/13/2014) |
| 11/13/2014 | 5 R | DEMAND for Trial by Jury by Chelsea L Davis. (Davis, Chelsea) (Entered: 11/13/2014) |

| | | |
|---|---|---|
| 11/13/2014 | 6 R | Request for Clerk to issue THIRD PARTY SUMMONSES TO MCKOOL SMITH P.C. AND SAMUEL F. BAXTER filed by Chelsea L Davis. (Davis, Chelsea) (Entered: 11/13/2014) |
| 11/13/2014 | 7 | EMERGENCY MOTION REQUESTING PERMISSION TO FILE INTO SEALED CASES filed by Chelsea L Davis (Attachments: # 1 Proposed Order) (Davis, Chelsea) (Entered: 11/13/2014) |
| 11/13/2014 | 8 R | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Chelsea L Davis. (Davis, Chelsea) (Entered: 11/13/2014) |
| 11/14/2014 | 9 R | NOTICE of *ENJOINED/CONSOLIDATED/TRANSFERRED CASES* filed by Chelsea L Davis (Davis, Chelsea) (Entered: 11/14/2014) |
| 11/14/2014 | 10 R | NOTICE to Take Deposition of and DISCLOSURES OF CHELSEA L. DAVIS, SAMUEL F. BAXTER, LESLIE D. WARE, HARLAN R. CROW, THIRD PARTIES and NON-PARTIES by Chelsea L Davis. (Davis, Chelsea) (Entered: 11/14/2014) |
| 11/17/2014 | 11 R | FINDINGS, CONCLUSIONS, AND RECOMMENDATION: It is recommended that the District Court sua sponte dismiss this case with prejudice. (Ordered by Magistrate Judge Renee Harris Toliver on 11/17/2014) (jrr) (Entered: 11/18/2014) |
| 11/21/2014 | 12 R | MOTION REQUESTING PERMISSION TO FILE INTO SEALED CASES filed by Chelsea Davis P.C. (Davis, Chelsea) (Entered: 11/21/2014) |
| 11/21/2014 | 13 R | MOTION to Transfer, Consolidate, Sever, Change Venue, Remove, Remand and/or Reopen Case; and for Anti-Suit Injunction to Stay Court Proceedings filed by Chelsea Davis P.C. (Davis, Chelsea) Modified text and event type on 11/24/2014 (jrr). (Entered: 11/21/2014) |
| 11/23/2014 | 14 R | Response to Petition/Non-Motion to Seal of Intervenor McKool Smith PC, Samuel F Baxter and/or State Bar of Texas and respondent Chelsea L Davis's Counter-Motion to Strike Petition/Non-Motion to Seal filed by Chelsea L Davis (Davis, Chelsea) Modified text and event type on 11/24/2014 (jrr). (Entered: 11/23/2014) |
| 12/01/2014 | 15 R | OBJECTION to 11 R Findings and Recommendations *Allegedly Entered by Magistrate Judge Toliver*. (Davis, Chelsea) (Entered: 12/01/2014) |

| | | |
|---|---|---|
| 12/01/2014 | 16 | ADDITIONAL ATTACHMENTS to 15 R Objection to Findings and Recommendations by Counter Claimant Chelsea L Davis. (Attachments: # 1 Additional Page(s) ORDER OF TRANSFER AND ALLEGED JUDGMENT OF REMAND BASED ON UNKNOWN DECISION) (Davis, Chelsea) (Entered: 12/01/2014) |
| 12/01/2014 | 17 | ADDITIONAL ATTACHMENTS to 15 R Objection to Findings and Recommendations by Counter Claimant Chelsea L Davis. (Attachments: # 1 Additional Page(s) CHELSEA DAVIS DENIES AND SPECIFICALLY OBJECTS TO ALL ALLEGATIONS AGAINST HER AND SPECIFIES WHERE THE DISPUTED ALLEGATIONS ARE FOUND) (Davis, Chelsea) (Entered: 12/01/2014) |
| 12/01/2014 | 18 R | Second MOTION for Extension of Time to File for Objections to Magistrate Judge Toliver's findings, recommendations and conclusion in excess of five-page limitation, Second MOTION for Leave to File for Objections to Magistrate Judge Toliver's findings, recommendations and conclusion in excess of five-page limitation () filed by Chelsea L Davis (Davis, Chelsea) (Entered: 12/01/2014) |
| 12/02/2014 | 19 R | TRANSFER ORDER: This case is hereby TRANSFERRED to the docket of U.S. District Judge David C. Godbey. All future pleadings shall subsequently be filed under case No. 3:14-CV-3975-N. (Ordered by Judge Barbara M.G. Lynn on 12/2/2014) (tln) (Entered: 12/02/2014) |
| 12/02/2014 | 20 | ELECTRONIC ORDER granting 18 R Motion for Extension of Time to File Objections to Magistrate Judge's Findings, Conclusions and Recommendation. Plaintiff may file objections no later than December 9, 2014. Plaintiff's Motion for Leave to File a brief in excess of five pages long is DENIED AS UNNECESSARY because there is no five-page limitation on briefs. (Ordered by Magistrate Judge Renee Harris Toliver on 12/2/2014) (chmb) (Entered: 12/02/2014) |
| 12/02/2014 | 21 R | NOTICE of *REMOVAL PURSUANT TO 28 U.S.C. Sec. 1442(a)* re: 1 R Notice (Other) filed by Chelsea L Davis (Attachments: # 1 Exhibit(s) State Court Documents consolidated into State Bar of Texas Grievance Investigation (Crow), # 2 Exhibit(s) State Court Documents consolidated into State Bar of Texas Grievance Investigation (Crow), # 3 Exhibit(s) State Court Documents consolidated into State Bar of Texas Grievance Investigation (McKool Smith P.C.), # 4 |

| | | |
|---|---|---|
| | | Exhibit(s) State Court Documents Consolidated into State Bar of Texas Grievance Investigation (McKool Smith P.C.), # 5 Exhibit(s) State Court Documents consolidated into State Bar of Texas Grievance Investigation (McKool Smith P.C.), # 6 Exhibit(s) State Court Documents consolidated into State Bar of Texas Grievance Investigation (McKool Smith P.C.)). Party Emily Tobolowsky and Donald Turner added. (Davis, Chelsea) (Entered: 12/02/2014) |
| 12/02/2014 | 22 R | NOTICE OF INTERLOCUTORY APPEAL to the Fifth Circuit by Chelsea L Davis. Filing fee $505, receipt number 0539-6458038. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (Davis, Chelsea) (Entered: 12/02/2014) |
| 12/02/2014 | 23 | NOTICE of *REMOVAL (SIXTH IN SERIES)* re: 1 R Notice (Other) filed by Chelsea L Davis. Party Harlan R. Crow added. (Davis, Chelsea) (Entered: 12/02/2014) |
| 12/02/2014 | 24 R | AMENDED NOTICE OF INTERLOCUTORY APPEAL to the Fifth Circuit as to 22 R Notice of Appeal, by Chelsea L Davis. T.O. form to appellant electronically at Transcript Order Form or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (Davis, Chelsea) (Entered: 12/02/2014) |
| 12/02/2014 | 25 R | ADDITIONAL ATTACHMENTS to 23 Notice (Other) by Respondent Chelsea L Davis. (Davis, Chelsea) (Entered: 12/02/2014) |
| 12/03/2014 | 26 | ADDITIONAL ATTACHMENTS to 1 R Notice (Other) by Respondent Chelsea L Davis. (Davis, Chelsea) (Entered: 12/03/2014) |
| 12/08/2014 | | USCA Case Number 14-11292 for 24 R Notice of Appeal, filed by Chelsea L Davis. See Lead 14-11286 (svc). (Entered: 12/08/2014) |
| 12/08/2014 | | USCA Case Number 14-11286 for 22 R Notice of Appeal, filed by Chelsea L Davis. (svc) (Entered: 12/08/2014) |
| 12/08/2014 | 27 | NOTICE of *OBJECTIONS TO JUDGE DAVID C. GODBEY WHO IS REQUIRED TO REJECT TRANSFER* re: 20 Order on Motion for Extension of Time to File, Order on Motion for Leave to File,, 19 R Order Reassigning Case, 11 R Findings and Recommendations on Case re: 1 R Notice (Other) filed by Chelsea L Davis. filed by Chelsea L Davis (Davis, Chelsea) |

| | | |
|---|---|---|
| | | (Entered: 12/08/2014) |
| 12/24/2014 | 28 | MOTION to Remand & *Proposed Order* filed by McKool Smith PC with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order) (Colleluori, Donald) (Entered: 12/24/2014) |
| 12/24/2014 | 29 | Appendix in Support filed by McKool Smith PC re 28 MOTION to Remand & *Proposed Order* (Colleluori, Donald) (Entered: 12/24/2014) |
| 12/24/2014 | 30 | Second MOTION for Sanctions *AGAINST DONALD COLLELUORI*, Second MOTION to Reopen Case () filed by Chelsea L Davis with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order PROPOSED ORDER) (Davis, Chelsea) (Entered: 12/24/2014) |
| 01/11/2015 | 31 | Third MOTION for New Trial filed by Chelsea L Davis with Brief/Memorandum in Support. (Attachments: # 1 Proposed Order PROPOSED ORDER) (Davis, Chelsea) (Entered: 01/11/2015) |
| 01/12/2015 | 32 | RESPONSE filed by McKool Smith PC re: 30 Second MOTION for Sanctions *AGAINST DONALD COLLELUORI*Second MOTION to Reopen Case (Colleluori, Donald) (Entered: 01/12/2015) |

---


| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/12/2015 16:04:28 | | | |
| **PACER Login:** | Godly007:3521157:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:14-cv-03975-N-BK |
| **Billable Pages:** | 6 | **Cost:** | 0.60 |