# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS | § § § § | |
| v. | § § | NO. 3:14-cv-3975 |
| MCKOOL SMITH P.C. ET AL | § § § § § § | |

## CHELSEA DAVIS'S RESPONSE TO MOTIONS AND BRIEF IN SUPPORT

I, CHELSEA L. DAVIS, file this my Response to Motions in both cases under this docket number.

Dated Jan. 14, 2015                     Respectfully submitted,

/s/Chelsea L. Davis
Chelsea L. Davis, Pro-Se
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the

1

court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Northern and Eastern Districts of Texas).

/s/Chelsea L. Davis  
Chelsea L. Davis