**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS**

**v.**

**MCKOOL SMITH P.C. et al**

<u>**NO. 3:14-cv-3975-?**</u>

---

<u>**REQUEST FOR COURT APPOINTED ATTORNEY**</u>

I, Chelsea L. Davis, as an indigent defendant, hereby request a court appointed attorney.

Dated: Jan. 25, 2015                     Respectfully,

<u>/s/Chelsea L. Davis</u>
Chelsea L. Davis, *pro-se*
TX Bar No. 24059652
Mailing Address:
25 Highland Park Vlg., Ste. 100-830
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
<u>cdavis@chelseadavispc.com</u>

**CERTIFICATE OF SERVICE**

I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Northern and Eastern Districts of Texas).

Dated: Jan. 25, 2015                             /s/Chelsea L. Davis
                                                            Chelsea L. Davis, *pro-se*