# U.S. District Court [LIVE]
# Eastern District of TEXAS (Sherman)
# CIVIL DOCKET FOR CASE #: 4:14-cv-00754-RC-ALM

Davis v. McKool Smith P.C. et al
Assigned to: Judge Ron Clark
Referred to: Magistrate Judge Amos L. Mazzant
Lead case: 4:13-cv-00514-RC-ALM
Member case: (View Member Case)
Case in other court: 298th Judicial District Court, Dallas County, TX, DC-13-12834
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 11/19/2014
Jury Demand: Both
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Petitioner**

**Chelsea L Davis** represented by **Chelsea Lynn Davis**
Chelsea Davis PC
25 Highland Park Vlg
Suite 100-830
Dallas, TX 75205
469-426-5850
Fax: 469-533-0466
Email: cdavis@chelseadavispc.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**McKool Smith P.C.** represented by **Donald Colleluori**
Figari & Davenport LLP
901 Main St
Suite 3400 Bank of America Plaza
Dallas, TX 75202
214/939-2007
Fax: 12149392090
Email: don.colleluori@figdav.com
*ATTORNEY TO BE NOTICED*

**Respondent**

**Samuel F. Baxter** represented by **Donald Colleluori**

(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2014 | 1 | AMENDED COMPLAINT *AND PENDANT FIRST AMENDED ORIGINAL PETITION TRANSFERRED IN FOR CONSOLIDATION HEREWITH* against Samuel F. Baxter, McKool Smith P.C., filed by Chelsea L Davis. (Attachments: # 1 Supplement Docket Sheet for Pendant Case)(Davis, Chelsea) (Entered: 11/19/2014) |
| 11/19/2014 | 8 | Case Assigned to Judge Ron Clark and Magistrate Judge Amos L. Mazzant Pursuant to a Standing Order. (cm, ) (Entered: 11/20/2014) |
| 11/19/2014 | | In accordance with the provisions of 28 USC Section 636(c), you are hereby notified that a U.S. Magistrate Judge of this district court is available to conduct any or all proceedings in this case including a jury or non-jury trial and to order the entry of a final judgment. The form Consent to Proceed Before Magistrate Judge is available on our website. All signed consent forms, excluding pro se parties, should be filed electronically using the event *Notice Regarding Consent to Proceed Before Magistrate Judge*. (cm, ) (Entered: 11/20/2014) |
| 11/20/2014 | 2 | NOTICE by Chelsea L Davis *of Objections and Supplemental Objections* (Davis, Chelsea) (Entered: 11/20/2014) |
| 11/20/2014 | 3 | AMENDED COMPLAINT *AND AMENDED AND CUMULATIVE PENDANT PETITIONS TRANSFERRED IN AND CONSOLIDATED HEREIN* against Samuel F. Baxter, McKool Smith P.C., filed by Chelsea L Davis.(Davis, Chelsea) (Entered: 11/20/2014) |
| 11/20/2014 | 4 | *MCKOOL SMITH P.C.'S* ANSWER to 3 Amended Complaint *AND AMENDED AND CUMULATIVE PENDANT PETITIONS TRANSFERRED IN AND CONSOLIDATED HEREIN* by McKool Smith P.C..(Davis, Chelsea) (Entered: 11/20/2014) |
| 11/20/2014 | 5 | Amended MOTION to Dismiss *McKool Smith P.C.'s frivolous complaints against Chelsea L. Davis, Dissolving Anti-Suit Injunctions and Releasing Money to Chelsea Davis* by Chelsea L Davis. Responses due by 11/19/2014 (Davis, Chelsea) (Entered: 11/20/2014) |
| 11/20/2014 | 6 | NOTICE by Chelsea L Davis re 5 Amended MOTION to Dismiss |

| | | |
|---|---|---|
| | | *McKool Smith P.C.'s frivolous complaints against Chelsea L. Davis, Dissolving Anti-Suit Injunctions and Releasing Money to Chelsea Davis* (Davis, Chelsea) (Entered: 11/20/2014) |
| 11/20/2014 | 7 | Additional Attachments to Main Document:. (Davis, Chelsea) (Entered: 11/20/2014) |
| 11/20/2014 | 9 | Emergency MOTION to Seal *and Brief in Support Thereof* by Samuel F. Baxter, McKool Smith P.C.. (Attachments: # 1 Appendix, # 2 Text of Proposed Order)(Colleluori, Donald) (Entered: 11/20/2014) |


| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 11/21/2014 06:53:57 | | | |
| **PACER Login:** | Godly007:3521157:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 4:14-cv-00754-RC-ALM |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |