DOCKET NO. _____
LEAD NO. 14-11286

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

CHELSEA L. DAVIS

V.

MCKOOL SMITH P.C. ET AL

ON APPEAL FROM
*Chelsea L. Davis v. McKool Smith P.C. et al*
3:13-cv-4926 (N.D. Tex. opened 12/18/2013)
TRANSFERRED AND CONSOLIDATED INTO *Chelsea L. Davis v. Samuel F. Baxter*
4:13-cv-514 (E.D.Tex. opened Aug. 27, 2013)
CONSOLIDATED INTO *Chelsea L. Davis v. McKool Smith P.C. and Samuel F. Baxter*
4:14-cv-754 (E.D.Tex. filed Nov. 19, 2014)
TRANSFERRED AND CONSOLIDATED INTO
*Chelsea L. Davis v. McKool Smith P.C. et al,*
3:14-cv-3975 (N.D. Tex. opened 11/11/2014)
such that there is a single case which has been removed and/or transferred from state to federal court and filed as an original proceeding in federal court which raises a federal question

NOTICE OF APPEAL

I, Chelsea L. Davis, hereby timely file my Notice of Appeal to the U.S. Court of Appeals for the Fifth Circuit and to the presiding judge due to any referral to a magistrate judge. I appeal all alleged and/or proposed orders, findings of fact, conclusions of law, judgment(s) and mandate(s), including alleged final judgment of remand on Feb. 11, 2014.

I appeal the "ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE" signed by Judge David Godbey on Feb. 11, 2014 at "Case" 3:13-cv-04926-N-BK, Document 36, Filed 02/11/14, Page 1 of 1, PageID 256.

I appeal the "Judgment" dated Feb. 11, 2014 at "Case" 3:13-cv-04926-N-BK, Document 37, Filed 02/11/14, Page 1 of 1, PageID 257.

I appeal the alleged "ORDER REASSIGNING CASE. Case reassigned to Judge Amos L. Mazzant, III for all further proceedings. Judge Ron Clark no longer assigned to case. Signed by Judge Ron Clark on 1/5/15. (cm, ) (Entered: 01/08/2015)" and "Transfer Order" at Case 4:14-cv-00754-ALM, Document 20, Filed 01/05/15, Page 1 of 1, PageID #: 520. *See attached Docket Sheet.*

Each of the state and federal courts needs a determination as soon as possible concerning their jurisdiction and authority to act.

Dated:  Jan. 27, 2015                    Respectfully submitted,

                                         /s/Chelsea L. Davis
                                         Chelsea L. Davis, *Pro-Se*
                                         2068 Meadow View Rd.
                                         Princeton, TX 75407
                                         Mailing Address:
                                         25 Highland Park Vlg., Ste. 100-830
                                         Dallas, TX 75205
                                         Telephone: (469) 426-5850
                                         Facsimile: (469) 533-0466
                                         cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

Pursuant to Tex. R. Civ. P. 21, this is to certify that a true and correct copy of this instrument is being filed electronically and sent concurrently to counsel of "record" by electronic filing service provider as permitted by Tex. R. Civ. P. 21a; and, on this day, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court or U.S. Court of Appeals for the Fifth Circuit using the electronic case filing system of the Court. I

hereby certify that I have served all counsel and/or pro se parties of record electronically by email and, as a pro-se party, on the date it is electronically docketed in the Court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules for the United States District Court for the Eastern District of Texas.

Dated: Jan. 27, 2015                                    Respectfully submitted,

/s/Chelsea L. Davis
Chelsea Davis, *Pro-Se*