**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**CHELSEA L. DAVIS**

**V.**

**MCKOOL SMITH P.C. et al**

---

**NOTICE OF PRINCIPAL OFFICE ADDRESS**

My principal office address is 301 S. Harwood, #1105, Dallas, TX 75201. My mailing address remains at 25 Highland Park Vlg., Ste. 100-830, Dallas, TX 75205.

Dated: Jan. 28, 2015

Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX Bar No. 24059652
Mailing Address:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

**CERTIFICATE OF SERVICE**

I electronically submitted the foregoing document using the electronic case filing system. I hereby certify that I have served all counsel and/or pro se parties of record (or non-record) electronically by email or, as a pro-se party, on the date it is electronically docketed in the court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the Local Rules of this Court (in the Northern and Eastern Districts of Texas).

Dated: Jan. 28, 2015

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*