**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

**CHELSEA L. DAVIS**

**v.**

**MCKOOL SMITH P.C. ET AL**

**NO.** _____

---

**NOTICE OF CONSOLIDATION**

I file this Notice in 3:14cv3975 that states that *Chelsea L. Davis v. Samuel F. Baxter,* 413cv514 (ED TEX) was consolidated into *Chelsea L. Davis v. McKool Smith P.C. and Samuel F. Baxter,* 414cv754 (ED TEX), and that that civil action was transferred to the U.S. Dist. Ct. for the Northern District of Texas under *Chelsea L. Davis v. McKool Smith P.C. and Samuel F. Baxter,* 3:14-cv-3975 and/or other cause number(s).

I file this Notice that the remand order is void because the Court could not have entered such an order after remand or more than thirty days after transfer.

I file this Notice that the dismissal order(s) are void because the Court could not have entered such a dismissal after remand or more than thirty days after transfer.

I file this Notice that the order to seal is void because this Court has absolutely no authority whatsoever to seal this case. The legislature has spoken on the issue. Judicial supremacy is not a thing in our great nation, the land of liberty, the United States of America. *See* U.S. CONST.

I file this Notice that a court cannot dismiss my case prior to service of process prior to one hundred and twenty days time because I am entitled at least one hundred and twenty days to

serve summons and complaint.  To the extent the Federal Rules of Civil Procedure or the rules of this Court allow otherwise, I contest the Constitutionality of the rules. Let this Court remember that courts are created FOR THE PEOPLE and IN THE INTERESTS OF JUSTICE AND FAIRNESS, not for lawyers to make money off the people.  The Texas Rules of Civil Procedure and the Federal Rules of Civil Procedure fly like a flag before the courts to warn all people who seek justice that they cannot have justice unless they are rich enough to hire an experienced lawyer because no single person, not even a Duke-educated, near-genius engineer can represent themselves in a civil lawsuit in the United States district courts.   Heck, not even an eighth year, experienced patent and trademark lawyer can pick up the rules and represent themselves. It is the legislature's job, not the job of the judiciary, to write the rules for the people because the entire judiciary is biased - their primary source of income is litigation.  And if some people could represent themselves, we wouldn't need so many lawyers. The people agree that less lawyering and more justice would be better than our current system and ... JUST AND FAIR.

I file this Notice that the "order transferring case" signed on Nov. 26, 2013 by Judge Emily Tobolowsky under Cause No. DC-13-12834 in the 298th Judicial District Court, Dallas County, Texas, ordering consolidation and transfer from state district court to federal district court may control instead of notices of removal, followed by order of transfer to U.S. District Court for the Northern District of Texas, Judge David Godbey presiding, who entered order of remand, which may or may not be void.

I file this Notice that there is only one case proceeding in this Court under multiple docket numbers, and each subsequently created docket number must be changed in favor of the appropriate removal/transferred state court action under ancillary, pendant and/or supplemental

jurisdiction, 3:13-cv-4926/3:14-cv-3975, or the original federal question jurisdiction action 3:14-cv-0056/3:14-cv-3962.  However, the federal question jurisdiction action was consolidated into the state court action on state law causes of action when I opened 4:14-cv-754 as an action transferred in from a court in the Northern District of Texas to, whether or not it was consolidated into 4:13-cv-514, which is a question needing clarification.

This Court, in refusing to put together a three judge panel to hear my case, has violated my right to access the courts.  Each and every alleged dispositive order or judgment entered by the federal courts thus far is void for failure to convene a three judge panel, for lack of jurisdiction or because res judicata cannot apply when there clearly has never been any state court adjudication, and each and every dispositive order or judgment entered by state courts is void due to filing of notice of removal, transfer to federal court or lack of jurisdiction.

In addition, the United States Supreme Court may have original jurisdiction over a direct appeal from this Court.

Further, if this Court does not immediately enjoin state court proceedings under 28 U.S.C. 2283 or other law or rule, this Court will be in violation of my right to privacy protected by the First, Fourth, Ninth, and Fourteenth Amendments to the United States Constitution.

I challenge the Constitutionality of the Federal Rules of Civil Procedure as contrary to the separation of powers doctrine and authority and duty of this Court to act under the authority with which this Court was created to adjudicate my case in which I am entitled to meaningful notice, a hearing, due process, a jury trial and a meaningful opportunity to be heard.  Where there is a right, there is a remedy. I have vested property rights in my law licenses and I have been deprived of my $2500 in violation of my rights. Thus it is this Court's duty to provide a remedy

to me. In addition, I have been injured as a victim of human trafficking, and it is this Court's

obligation under the Texas Rules of Criminal Procedure and Federal statutes prohibiting

domestic violence and human trafficking to provide me remedies as I have demanded.

Dated:  Jan. 29, 2015                          Respectfully,

/s/Chelsea L. Davis
Chelsea L. Davis, *pro-se*
TX Bar No. 24059652
Mailing Address:
25 Highland Park Vlg., Ste. 100-830
Dallas, TX 75205
Telephone: (469) 426-5850
Facsimile: (469) 533-0466
cdavis@chelseadavispc.com

## CERTIFICATE OF SERVICE

I electronically submitted the foregoing document using the electronic case filing system.

I hereby certify that I have served all counsel and/or pro se parties of record (or non-record)

electronically by email or, as a pro-se party, on the date it is electronically docketed in the

court's CM/ECF system, as authorized by the Federal Rule of Civil Procedure 5(b)(2) and the

Local Rules of this Court (in the Northern and Eastern Districts of Texas).

Dated:  Jan. 29, 2015                          /s/Chelsea L. Davis
                                               Chelsea L. Davis, *pro-se*