IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:14-CV-3975-N |
| MCKOOL SMITH PC, *et al.*, | § § § | |
| Defendants. | § | |

## **ORDER**

This Order addresses Defendant McKool Smith PC's emergency motion to seal [Doc. 54]. The Court grants Defendant's motion. The Court orders that all further filings in this case be made under seal and that Plaintiff Chelsea Davis's motion to lift stay [52] be sealed.

Signed February 12, 2015.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE