IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CHELSEA L. DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:14-CV-3975-N |
| | § | |
| MCKOOL SMITH, *et al.*, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

By separate Order of this same date, the Court remanded all actions purportedly removed by Davis in her fifth and sixth notices of removal, leaving only those claims addressed by the Magistrate Judge's Findings, Conclusions, and Recommendation. By separate Order of this same date, the Court also entered its Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge and dismissed all of Plaintiff Chelsea Davis's claims in this action with prejudice. The Court accordingly orders that Davis take nothing by her remaining claims against Defendants. Court costs are taxed against Davis. All relief not expressly granted is denied. This is a final judgment.

SIGNED this 24th day of March, 2015.

David C. Godbey
United States District Judge

JUDGMENT – SOLO PAGE